Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Christopher Otey, on behalf of himself and all others similarly situated,

Plaintiff(s),

v.

CrowdFlower, Inc., Lukas Biewald and Chris Van Pelt,

Defendant(s).

Case No: 12-5524

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)

I, Ellen M. Doyle, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Christopher Otey in the above-entitled action. My local co-counsel in this case is Ira Spiro, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 429 Forbes Ave, 17th Floor Allegheny Bldg. Pittsburgh, PA  15219 | 11377 West Olympic Blvd, 5th Floor Los Angeles, CA  90064 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (412) 281-8400 | (310) 235-2466 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| EDoyle@stemberfeinstein.com | Ira@spiromoore.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 21854.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/01/12

*[signature]*
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ellen M. Doyle is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 2, 2012

*[signature: Kandis Westmore]*
UNITED STATES DISTRICT/MAGISTRATE JUDGE