Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Otey     Plaintiff(s),  v.  Crowdflower, Inc., et al.     Defendant(s). | Case No: 4:2012-cv-05524  **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**  (CIVIL LOCAL RULE 11-3) |

I, __Mark Potashnick__, an active member in good standing of the bar of __Missouri__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __Christopher Otey__ in the above-entitled action. My local co-counsel in this case is __Ira Spiro__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 11500 Olive Blvd., Suite 133  St. Louis, Missouri  63141 | 11377 West Olympic, 5th Floor  Los Angeles, California  90064 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (314) 997-9150 | (310) 235-2468 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| markp@wp-attorneys.com | ira@spiromoore.com |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __41315__.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/31/12                                           Mark Potashnick
                                                         _____
                                                                APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

   IT IS HEREBY ORDERED THAT the application of __Mark Potashnick__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 2, 2012                              *Kandis Westmore*
                                                         _____
                                                  UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER