| | |
|---|---|
| William T. Payne (SBN 90988) | Michael T. Lucey (SBN 099927) |
| Ellen M. Doyle (Pa. Bar #21854) | Brian P. Maschler (SBN 111824) |
| (*pro hac vice* application forthcoming) | Heather A. Irwin (SBN 203203) |
| STEMBER FEINSTEIN DOYLE | GORDON & REES LLP |
| PAYNE & KRAVEC, LLC | 275 Battery Street, Suite 2000 |
| 429 Forbes Avenue, 17th Floor | San Francisco, CA 94111 |
| Pittsburgh, PA 15219 | Telephone: (415) 986-5900 |
| Telephone: (412) 281-8400 | Facsimile: (415) 986-8054 |
| Facsimile: (412) 281-1007 | bmaschler@gordonrees.com |
| wpayne@stemberfeinstein.com | |
| edoyle@stemberfeinstein.com | Attorneys for Defendants |
| | CROWDFLOWER, INC., LUKAS BIEWALD |
| Mark A. Potashnick (Mo. Bar #41315) | AND CHRIS VAN PELT |
| (*pro hac vice* application forthcoming) | |
| WEINHAUS & POTASHNICK | |
| 11500 Olive Blvd., Suite 133 | |
| St. Louis, MO 63141 | |
| Telephone: (314) 997-9150 | |
| Facsimile: (314) 997-9170 | |
| markp@wp-attorney.com | |

Ira Spiro (SBN 67641)
Jennifer Connor (SBN 241480)
SPIRO MOORE LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile: (310) 235-2456
ira@spiromoore.com
Jennifer@spiromoore.com

Attorneys for Plaintiff
CHRISTOPHER OTEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER OTEY, on behalf of himself and all others similarly situated, | Case No. C 12 5524 KAW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: RESPONSE TO COMPLAINT** |
| vs. | |
| CROWDFLOWER, INC., LUKAS BIEWALD AND CHRIS VAN PELT, | |
| Defendants. | |

The undersigned, counsel of record for Plaintiff, Christopher Otey ("Plaintiff"), and Defendants, Crowdflower, Inc., Lukas Biewald and Chris Van Pelt (collectively, "Defendants"), respectively, do hereby AGREE AND STIPULATE that the date on which Defendants may file and serve their response to Plaintiff's Complaint is extended thirty (30) days to December 20, 2012, inclusive.

**IT IS SO STIPULATED.**

Dated: November 16, 2012        STEMBER FEINSTEIN DOYLE
                                PAYNE & KRAVEC, LLC


                                By:/s/ William T. Payne
                                    William T. Payne
                                Attorneys for Plaintiff CHRISTOPHER OTEY


Dated: November 16, 2012        GORDON & REES LLP


                                By: /s/ Brian P. Maschler
                                    Brian P. Maschler
                                Attorneys for Defendants
                                CROWDFLOWER, INC., LUKAS BIEWALD
                                AND CHRIS VAN PELT

**IT IS SO ORDERED.**

Dated: November 16, 2012

                                _____
                                Honorable Kandis A. Westmore
                                United States District Court Judge