| | |
|---|---|
| 1 | William T. Payne, Esquire (SBN 90988) |
|   | Ellen M. Doyle (Admitted *Pro Hac Vice*) |
| 2 | Edward J. Feinstein (Admitted *Pro Hac Vice*) |
|   | Stember Feinstein Doyle Payne & Kravec, LLC |
| 3 | 429 Forbes Avenue, 17th Floor |
|   | Pittsburgh, PA  15219 |
| 4 | 412-281-8400 (T) |
|   | 412-281-1007 (F) |
| 5 | wpayne@stemberfeinstein.com |
|   | edoyle@stemberfeinstein.com |
| 6 | efeinstein@stemberfeinstein.com |
| 7 | Attorneys for Plaintiff, Christopher Otey |
| 8 | *(Additional counsel on signature page)* |
| 9 | Arthur M. Eidelhoch, Esquire (SBN 168096) |
|   | Littler Mendelson, P.C. |
| 10 | 50 California Street, 20th Floor |
|    | San Francisco, CA  94108 |
| 11 | 415-433-1940 (T) |
|    | 415-399-8490 (F) |
| 12 | aeidelhoch@littler.com |
| 13 | Attorneys for Defendants, CrowdFlower, Inc., |
|    |    Lukas Biewald and Chris Van Pelt |
| 14 | |
|    | *(Additional counsel on signature page)* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CHRISTOPHER OTEY, on behalf of himself and all others similarly situated, | ) ) ) | Case No. C 12-5524 CRB |
| Plaintiff, | ) ) | Judge:  Hon. Charles R. Breyer |
| v. | ) ) | **STIPULATION AND** ~~[PROPOSED]~~ **ORDER** |
| CROWDFLOWER, INC., LUKAS BIEWALD, and CHRIS VAN PELT, | ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff, Christopher Otey, and Defendants, CrowdFlower, Inc., Lukas Biewald and Chris Van Pelt, by and through their respective counsel of record, enter into the following stipulation for an order rescheduling the initial case management conference to March 1, 2013, at 8:30 a.m., originally set by the Court's December 12, 2012 Order (Dkt. 23):

1  WHEREAS, the initial case management conference in this action has been set for Friday, February 15, 2013, at 8:30 a.m. in Courtroom 6, 17th Floor, 450 Golden Gate Avenue, San Francisco, California;

WHEREAS, due to scheduling conflicts, counsel are unable to attend the February 15, 2013 status conference;

WHEREAS, counsel checked the Judge's Calendar and Scheduling Notes on the Court's website to determine if the case management conference may be rescheduled to March 1, 2013;

WHEREAS, counsel have conferred and cleared their schedules to attend the case management conference on March 1, 2013;

WHEREAS, pursuant to Civil Local Rules 6-1(b) and 6-2, the parties may request an order changing a deadline that involves papers required to be filed or lodged with the Court or that would extend deadlines as set forth in the Local Rules or Federal rules; and

WHEREAS, this Stipulation is made in good faith and not for purposes of delay.

NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, and they request this Honorable Court to reschedule the case management conference to March 1, 2013.

|  |  |
|---|---|
|  | **Stember Feinstein Doyle Payne & Kravec, LLC** |
| Date:  December 21, 2012 | By:  s/  Ellen M. Doyle          . <br> Ellen M. Doyle (*pro hac vice*) |
|  | William T. Payne (SBN 90988) <br> Edward J. Feinstein (*pro hac vice*) |
|  | 429 Forbes Avenue, 17th Floor <br> Pittsburgh, PA   15219 <br> (412) 281-8400 (T) <br> (412) 281-1007 (F) <br> Email:  edoyle@stemberfeinstein.com <br>          wpayne@stemberfeinstein.com <br>          efeinstein@stemberfeinstein.com |
|  | Mark A. Potashnick (Admitted *Pro Hac Vice*) <br> Weinhaus & Potashnick <br> 11500 Olive Boulevard, Suite 133 <br> St. Louis, MO  63141 <br> 314-997-9150(T) <br> 314-997-9170 (F) <br> Email:  markp@wp-attorney.com |

| | |
|---|---|
| 1 | Ira Spiro, Esquire, Bar (SBN 67641) |
| 2 | Jennifer Connor, Esquire, Bar (SBN 241480) |
| | Spiro Moore, LLP |
| | 11377 W. Olympic Blvd, 5th Floor |
| 3 | Los Angeles, CA  89064 |
| | 310-235-2468 (T) |
| 4 | 310-235-2456 (F) |
| | Email:  ira@spiromoore.com |
| 5 |          Jennifer@spiromoore.com |

Attorneys for Plaintiff, Christopher Otey

Arthur M. Eidelhoch, Esquire (SBN 168096)
Littler Mendelson, P.C.
50 California Street, 20th Floor
San Francisco, CA   94108
415-433-1940 (T)
415-399-8490 (F)
aeidelhoch@littler.com

Jacqueline E. Kalk, Esquire (To be admitted *pro hac vice*)
Littler Mendelson, P.C.
80 South 8th Street
Minneapolis, MN  55402-2136
612-630-1000 (T)
612-630-9626 (F)
jkalk@littler.com

Kelly D. Reese, Esquire (To be admitted *pro hac vice*)
Littler Mendelson, P.C.
63 South Royal Street, Suite 901
Mobile, AL  36602-3218
251-432-2477 (T)
251-432-0427 (F)
kreese@littler.com

Attorneys for Defendants, CrowdFlower, Inc.,
 Lukas Biewald and Chris Van Pelt

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated:** January 3, 2013

**Honorable Charles R. Breyer**
**United States District** [IT IS SO ORDERED — Judge Charles R. Breyer signature stamp]
**Northern District of California**