UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER OTEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CROWDFLOWER, INC., LUKAS BIEWALD and CHRIS VAN PELT,<br><br>Defendants. | Case No. 3:12-cv-05524-CRB (MEJ)<br><br>STIPULATION AND [PROPOSED] ORDER RE: HEARING AND BRIEFING DATES FOR PENDING MOTIONS<br><br>Civil Local Rule 6-2 |

Pursuant to Civil Local Rule 6-2, the undersigned, counsel of record for Plaintiff Christopher Otey ("Plaintiff") and Defendants CrowdFlower, Inc., Lukas Biewald, and Chris Van Pelt (collectively "Defendants"), do hereby agree and stipulate as follows:

1. The initial case management conference in this action has been set for Friday, April 12, 2013, at 10:00 a.m. in Courtroom 6, 17th Floor, 450 Golden Gate Avenue, San Francisco, California. Due to scheduling conflicts, Counsel are unable to attend on that date and have conferred and cleared their respective calendars for April 19, 2013.

2. That the following matters currently scheduled for hearing on April 12, 2013 at 10:00 a.m. be continued to April 19, 2013 at 10:00 a.m.: (a) the initial case management conference, (b) hearing on Defendants' Motion to Bifurcate Discovery and to Stay Merits/Class Certification Discovery and (c) Motions, and hearing on Plaintiff's Motion for Partial Judgment on the Pleadings.

3. That Defendants be provided a two-week extension, to and including April 5, 2013, to file an Opposition to Plaintiff's Motion for Partial Judgment on the Pleadings.

4. That Plaintiff's deadline to file a Reply in support of his Motion for Partial Judgment on the Pleadings is extended until April 12, 2013.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP/[PROPOSED] ORDER RE: HEARING/BRIEFING FOR MOTIONS

No. 3:12-cv-05524-CRB (MEJ)

**IT IS SO STIPULATED**

Dated: March 19, 2013

                                                LITTLER MENDELSON, P.C.

/s/ Jacqueline E. Kalk
JACQUELINE E. KALK
ARTHUR M. EIDELHOCH
GALEN M. LICHTENSTEIN
KELLY D. REESE
LITTLER MENDELSON, P.C.
Attorneys for Defendants
CROWDFLOWER, INC., LUKAS BIEWALD
AND CHRIS VAN PELT

Dated: March 19, 2013

                                                STEMBER FEINSTEIN DOYLE PAYNE & KRAVEC, LLC

/s/ Mark A. Potashnick
MARK A. POTASHNICK
WEINHAUS & POTASHNICK
Attorneys for Plaintiff

CHRISTOPHER OTEY

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: __ March 22, 2013 ____

                                                _____
HONORABLE _____ BREYER
UNITED STATES _____ JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP/[PROPOSED] ORDER RE:
HEARING/BRIEFING FOR MOTIONS

No. 3:12-cv-05524-CRB (MEJ)