UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER OTEY,<br><br>    Plaintiff,<br><br>v.<br><br>CROWDFLOWER, INC., et al.,<br><br>    Defendants. | Case No. 12-cv-05524-JST<br><br>**ORDER VACATING MOTION HEARING**<br><br>Re: Dkt. Nos. 44, 75 |

A hearing on Defendants' motions to bifurcate discovery and for leave to file an amended answer is scheduled for May 2, 2013. As the Court finds that the motions are suitable for determination without oral argument, the hearing is VACATED. *See* Civil L.R. 7-1(b).

**IT IS SO ORDERED**.

Dated: April 11, 2013

_____
JON S. TIGAR
United States District Judge