| | |
|---|---|
| ARTHUR M. EIDELHOCH, Bar No. 168096<br>aeidelhoch@littler.com<br>GALEN M. LICHTENSTEIN, Bar No. 251274<br>glichtenstein@littler.com<br>LITTLER MENDELSON, P.C.<br>650 California Street<br>20th Floor<br>San Francisco, California 94108.2693<br>Telephone: 415.433.1940<br>Facsimile: 415.399.8490<br><br>JACQUELINE E. KALK (*Pro Hac Vice*)<br>jkalk@littler.com<br>LITTLER MENDELSON, P.C.<br>80 South 8th Street, Suite 1300<br>Minneapolis, MN 55402-2136<br>Telephone: 612.313.7645<br>Facsimile: 612.677.3139<br><br>Attorneys for Defendants<br>CROWDFLOWER, INC., LUKAS BIEWALD<br>AND CHRIS VAN PELT | William T. Payne (SBN 90988)<br>Ellen M. Doyle (*Pro Hac Vice*)<br>Edward J. Feinstein (*Pro Hac Vice*)<br>STEMBER FEINSTEIN DOYLE<br>PAYNE & KRAVEC, LLC<br>429 Forbes Avenue, 17th Floor<br>Pittsburgh, PA 15219<br>412-281-8400 (T), 412-281-1007 (F)<br>wpayne@stemberfeinstein.com<br>edoyle@stemberfeinstein.com<br>efeinstein@stemberfeinstein.com<br><br>Mark A. Potashnick (*Pro Hac Vice*)<br>WEINHAUS & POTASHNICK<br>11500 Olive Blvd., Suite 133<br>St. Louis, MO 63141<br>314-997-9150 (T), 314-997-9170 (F)<br>markp@wp-attorney.com<br><br>Ira Spiro (SBN 67641)<br>Jennifer Connor (SBN 241480)<br>Spiro Moore, LLP<br>11377 W. Olympic Blvd., 5th Floor<br>Los Angeles, CA 89064<br>310-235-2468 (T), 310-235-2456 (F)<br>ira@spiromoore.com<br>Jennifer@spiromoore.com<br><br>Attorneys for Plaintiff<br>CHRISTOPHER OTEY |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHRISTOPHER OTEY, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>CROWDFLOWER, INC., LUKAS BIEWALD and CHRIS VAN PELT,<br><br>        Defendants. | Case No. 3:12-cv-05524-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DEFENDANTS' RESPONSE TO PENDING MOTION FOR CONDITIONAL CERTIFICATION**<br><br>Civil Local Rule 6-2 |

STIP/[PROPOSED] ORDER RE: RESPONSE TO CONDITIONAL CERT. MOTION

Case No. 3:12-cv-05524-JST

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Pursuant to Civil Local Rule 6-2, the undersigned, counsel of record for Plaintiff Christopher Otey ("Plaintiff") and Defendants CrowdFlower, Inc., Lukas Biewald, and Chris Van Pelt (collectively "Defendants"), do hereby agree and stipulate as follows:

1.  That pursuant to a prior Order of the Court, dated February 1, 2013, if Defendants' Motion to Bifurcate and Stay Discovery were denied, Defendants were to file their response to Plaintiff's Motion for Conditional Collective Action Certification and Dissemination of Notice Pursuant to 29 U.S.C. § 216(b) ("Motion for Conditional Certification") within 21 days of such ruling. This Court issued an Amended Order on May 8, 2013 denying Defendants' Motion to Bifurcate and Stay Discovery, making Defendants' deadline to respond to Plaintiff's Motion for Conditional Certification May 29, 2013.

2.  During the pendency of Defendants' Motion to Bifurcate and Stay Discovery, the parties agreed to continue the Plaintiffs deposition until May 22, 2013. The parties have agreed that the deadline for Defendants to respond to Plaintiff's Motion for Conditional Certification shall be extended until 21 days after the deposition of Plaintiff, currently scheduled to take place on May 22, 2013.

3.  That the Fair Labor Standards Act statute of limitations continue to be tolled as to the putative collective action class members (namely: "all persons who, at any time in the last three years performed "crowdsourced" work in the United States, its territories, and all other places where the FLSA applies in response to any online request by CrowdFlower for "crowdsourced" work, or any online notification by CrowdFlower that "crowdsourced" work was available") during such extension.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP/[PROPOSED] ORDER RE: RESPONSE TO CONDITIONAL CERT. MOTION          1.          No. 3:12-cv-05524-JST

**IT IS SO STIPULATED**

Dated: May 21, 2013

        LITTLER MENDELSON, P.C.

        /s/ Jacqueline E. Kalk
        JACQUELINE E. KALK
        ARTHUR M. EIDELHOCH
        GALEN M. LICHTENSTEIN
        LITTLER MENDELSON, P.C.
        Attorneys for Defendants
        CROWDFLOWER, INC., LUKAS BIEWALD
        AND CHRIS VAN PELT

Dated: May 21, 2013

        STEMBER FEINSTEIN DOYLE PAYNE & KRAVEC, LLC

        /s/ Mark A. Potashnick
        MARK A. POTASHNICK
        WEINHAUS & POTASHNICK
        Attorneys for Plaintiff
        CHRISTOPHER OTEY

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: May 22, 2013

        HONORABLE JON S. TIGAR
        UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP/[PROPOSED] ORDER RE: RESPONSE TO CONDITIONAL CERT. MOTION    2.    No. 3:12-cv-05524-JST