| | |
|---|---|
| ARTHUR M. EIDELHOCH, Bar No. 168096<br>aeidelhoch@littler.com<br>GALEN M. LICHTENSTEIN, Bar No. 251274<br>glichtenstein@littler.com<br>LITTLER MENDELSON, P.C.<br>650 California Street, 20th Floor<br>San Francisco, California 94108.2693<br>Telephone: 415.433.1940<br>Facsimile: 415.399.8490<br><br>JACQUELINE E. KALK (admitted *pro hac vice*)<br>jkalk@littler.com<br>LITTLER MENDELSON, P.C.<br>80 South 8th Street, Suite 1300<br>Minneapolis, MN 55402.2136<br>Telephone: 612-313-7645<br>Facsimile: 612.677.3139<br><br>KELLY D. REESE (admitted *pro hac vice)*<br>kreese@littler.com<br>LITTLER MENDELSON, P.C.<br>63 South Royal Street, Suite 901<br>Mobile, AL 36602.3218<br>Telephone: 251-432-2477<br>Facsimile: 251-432-0427<br><br>Attorneys for Defendants<br>CROWDFLOWER, INC., LUKAS BIEWALD<br>AND CHRIS VAN PELT | William T. Payne (SBN 90988)<br>Ellen M. Doyle (*Pro Hac Vice*)<br>Edward J. Feinstein (*Pro Hac Vice*)<br>STEMBER FEINSTEIN DOYLE<br>PAYNE & KRAVEC, LLC<br>429 Forbes Avenue, 17th Floor<br>Pittsburgh, PA 15219<br>412-281-8400 (T), 412-281-1007 (F)<br>wpayne@stemberfeinstein.com<br>edoyle@stemberfeinstein.com<br>efeinstein@stemberfeinstein.com<br><br>Mark A. Potashnick (*Pro Hac Vice*)<br>WEINHAUS & POTASHNICK<br>11500 Olive Blvd., Suite 133<br>St. Louis, MO 63141<br>314-997-9150 (T), 314-997-9170 (F)<br>markp@wp-attorney.com<br><br>Ira Spiro (SBN 67641)<br>Jennifer Connor (SBN 241480)<br>Justin F. Marquez<br>Spiro Moore, LLP<br>11377 W. Olympic Blvd., 5th Floor<br>Los Angeles, CA 90064-1683<br>310-235-2468 (T), 310-235-2456 (F)<br>ira@spiromoore.com<br>Jennifer@spiromoore.com<br>Justin@spiromoore.com<br>Attorneys for Plaintiff<br>CHRISTOPHER OTEY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOHER OTEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CROWDFLOWER, INC., LUKAS BIEWALD and CHRIS VAN PELT,<br><br>Defendant. | Case No. 3:12-cv-05524-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR CONDITIONAL CERTIFICATION AND DEFENDANTS' RESPONSE TO PENDING MOTION FOR CONDITIONAL CERTIFICATION**<br><br>Civil Local Rule 6-2 |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIP/[PROPOSED] ORDER RE: PLS' SUPP MEM IN SPT OF MOT FOR CONDITIONAL CERT. MOTION

Case No. 3:12-cv-05524-JST

Pursuant to Civil Local Rule 6-2, the undersigned, counsel of record for Plaintiff Christopher Otey ("Plaintiff") and Defendants CrowdFlower, Inc., Lukas Biewald, and Chris Van Pelt (collectively "Defendants"), do hereby agree and stipulate as follows:

1. That Plaintiff filed his Motion for Conditional Collective Action Certification and Dissemination of Notice Pursuant to 29 U.S.C. § 216(b) ("Certification Motion") on January 25, 2013.

2. That Plaintiff be permitted to file a Supplemental Memorandum of Law in Support of his Certification Motion of no more than five pages in length on or before June 14, 2013 based upon discovery which has been conducted since the original filing of the Certification Motion.

3. That Defendants be permitted to file a Memorandum in Opposition to Plaintiff's Certification Motion on or before June 28, 2013 which shall not exceed 35 pages in length.

4. That the Fair Labor Standards Act statute of limitations continue to be tolled as to the putative collective action class members (namely: "all persons who, at any time in the last three years performed "crowdsourced" work in the United States, its territories, and all other places where the FLSA applies in response to any online request by CrowdFlower for "crowdsourced" work, or any online notification by CrowdFlower that "crowdsourced" work was available") through June 28, 2013.

**IT IS SO STIPULATED**

Dated: June 11, 2013

Respectfully submitted,

LITTLER MENDELSON, P.C.

By: _/s/ Jacqueline E. Kalk_
    JACQUELINE E. KALK
    ARTHUR M. EIDELHOCH
    GALEN M. LICHTENSTEIN
    KELLY D. REESE
    Attorneys for Defendants
    CROWDFLOWER, INC., LUKAS
    BIEWALD AND CHRIS VAN PELT

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP/[PROPOSED] ORDER RE: PLS' SUPP MEM IN SPT OF MOT FOR CONDITIONAL CERT. MOTION

2.

Case No. 3:12-cv-05524-JST

1  Dated: June 11, 2013

                                STEMBER FEINSTEIN DOYLE PAYNE & KRAVEC, LLC

By: */s/ Mark A. Potashnick*
MARK A. POTASHNICK
WEINHAUS & POTASHNICK
Attorneys for pLAINTIFF
CHRISTOPHER OTEY

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: June 11, 2013

                              HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE

Firmwide:121034384.1 073860.1001

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP/[~~PROPOSED~~] ORDER RE: PLS' SUPP MEM IN SPT OF MOT FOR CONDITIONAL CERT. MOTION      3.      Case No. 3:12-cv-05524-JST