UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER OTEY,

                Plaintiff,

   v.

CROWDFLOWER, INC., et al.,

                Defendants.
_____/

No. C 12-5524 JST (MEJ)

**DISCOVERY ORDER RE: DKT. NO. 117**

Before the Court is the parties' joint discovery dispute letter, filed June 14, 2013. Dkt. No. 117. The letter concerns CrowdFlower's requests for admissions, which CrowdFlower states all generally relate to Plaintiff's work for other Requesters and employers and the degree to which he was performing work for and being paid for (in terms of percentages) tasks performed for CrowdFlower as compared to other Requesters and employers. *Id.* at 4. For the reasons stated in the Court's April 11, 2013 Order, Plaintiff's other employment or receipt of other income is irrelevant to the question of whether Plaintiff was Defendants' employee or whether he was an independent contractor. *See* Order at 2:19-3:7, Dkt. No. 85. Accordingly, Defendants' discovery requests seeking information about other employment are DENIED because they are not likely to lead to the discovery of relevant evidence.

**IT IS SO ORDERED**

Dated: June 24, 2013

                                                           _____
                                                           Maria-Elena James
                                                          United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California