# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER OTEY, | No. C 12-5524 JST (MEJ) |
| Plaintiff, | **DISCOVERY ORDER** |
| v. | **RE: DKT. NO. 118** |
| CROWDFLOWER, INC., et al., | |
| Defendants. | |
| _____/ | |

Before the Court is the parties' joint discovery dispute letter, filed June 14, 2013. Dkt. No. 118. The letter concerns CrowdFlower's request that Plaintiff be compelled to appear for deposition for an additional two hours and answer questions pertaining to work performed for other Requesters and employers *Id.* at 6. For the reasons stated in the Court's April 11, 2013 Order, Plaintiff's other employment or receipt of other income is irrelevant to the question of whether Plaintiff was Defendants' employee or whether he was an independent contractor. *See* Order at 2:19-3:7, Dkt. No. 85. Accordingly, Defendants' request is DENIED because it is not likely to lead to the discovery of relevant evidence.

**IT IS SO ORDERED**

Dated: June 24, 2013

_____
Maria-Elena James
United States Magistrate Judge