# EXHIBIT C

## Adams, Brad

---

**From:** Adams, Brad
**Sent:** Thursday, July 25, 2013 1:48 PM
**To:** 'Mark Potashnick'; Kalk, Jacqueline E.; Ellen Doyle; ira@spiromoore.com; jennifer@spiromoore.com; justin@spiromoore.com; jeanette@spiromoore.com
**Cc:** Reese, Kelly D.
**Subject:** RE: Otey v. CrowdFlower

Mark,

    We have also agreed to extensions of time in the past.  Further, we generally are amenable to extensions of time as a professional courtesy if there are conflicts or professional or personal issues that preclude plaintiffs from responding within the given deadline.  However, so far, the only basis you have offered for needing the extension request is a legal argument that you believe the motion is premature, a legal position on which we disagree.

    With regard to the offers, Plaintiffs are, of course, free to accept the offers despite the article's indication that they had already rejected the offers.  However, we are at a bit of a loss as to why one of their lawyers would publicly represent in writing that both named plaintiffs did not accept the offers, yet plaintiffs evidently do not intend to advise us of whether they "formally" accept or reject the offers until July 30 after which time they will need an additional two weeks to respond to the motion to dismiss.  Again, we are amenable to agreeing to extensions of time but under the circumstances, it appears that this extension request is not being driven by any actual need for more time.  Nonetheless, we will agree to a 7-day extension.

    Also, we will respond to Ellen's letter regarding the solicitation separately and with respect to the hearing date, I suggest we confer on that on August 1 regarding same.  Regards,

**Brad Adams,** Shareholder
251.706.6758 direct   251.650.1613 fax   radams@littler.com
Riverview Plaza, 63 South Royal Street, Suite 901 | Mobile, AL 36602-3218

 | littler.com
Employment & Labor Law Solutions Worldwide

**From:** Mark Potashnick [mailto:attorneymp@hotmail.com]
**Sent:** Thursday, July 25, 2013 10:59 AM
**To:** Kalk, Jacqueline E.; Ellen Doyle; ira@spiromoore.com; jennifer@spiromoore.com; justin@spiromoore.com; jeanette@spiromoore.com; Mark Potashnick
**Cc:** Adams, Brad
**Subject:** RE: Otey v. CrowdFlower

Jackie,

Plaintiffs were provided until July 30, 2013 to respond to the pending Rule 68 Offers.  We did not consider and ask that you not consider the posting referenced in your email to constitute Plaintiffs' responses to the pending Rule 68 offers.  We will provide you Plaintiffs' formal responses by July 30th.

1

Ellen already responded to your letter providing Plaintiffs' position that the case update posting was not a solicitation. We would be happy to confer with you on that matter.

We ask that Defendants agree to this extension. Notably, we have consented to multiple extensions. Also, I am not available for the August 29th hearing. We would appreciate your providing us with alternate dates. Thanks,

Mark Potashnick
Weinhaus & Potashnick
11500 Olive Blvd., Suite 133
St. Louis, Missouri 63141
Telephone: (314) 997-9150
Facsimile: (314) 997-9170
Website: www.fairwagelawyers.com

PLEASE NOTE

The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you, or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

CONFIDENTIALITY NOTICE

The information contained in this message is attorney-client privileged and confidential information intended exclusively for the use of the client/s of Weinhaus & Potashnick. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message strictly is prohibited. If you have received this message in error, please immediately notify the party above by telephone and return the message via reply at the above e-mail address.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

From: JKalk@littler.com
To: attorneymp@hotmail.com
CC: RAdams@littler.com

Date: Wed, 24 Jul 2013 17:21:51 -0700
Subject: Re: Otey v. CrowdFlower

Mark: I disagree that our motion was premature. That said, I am at a bit of a loss regarding your comment about time to accept the offers on light of the comments in Ellen's inappropriate article/solicitation on Sunday morning stating the offers were rejected. Could you please clarify those comments so that we can properly consider your request? Of course, we would still be happy to have the offers accepted if you tell me that her article was not a tacit objection. Jackie
Sent from my iPhone

On Jul 24, 2013, at 8:06 PM, "Mark Potashnick" <attorneymp@hotmail.com> wrote:

> Jackie,
>
> Your motion to dismiss was filed prematurely. We have until July 30th to respond to the pending Rule 68 offer. Do you have any objection to an extension of two weeks from July 30th to respond to your motion to dismiss?
>
>
> Thanks,
> Mark Potashnick
> Weinhaus & Potashnick
> 11500 Olive Blvd., Suite 133
> St. Louis, Missouri 63141
> Telephone: (314) 997-9150
> Facsimile: (314) 997-9170
> Website: www.fairwagelawyers.com
>
>
> PLEASE NOTE
> The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail
> that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you
> or by you may be copied and held by various computers it passes through as it goes from me to you, or
> vice versa, (3) persons not participating in our communication may intercept our communications by
> improperly accessing your computer or my computer or even some computer unconnected to either of us
> which the e-mail passed through. I am communicating to you via e-mail because you have consented to
> receive communications via this medium. If you change your mind and want future communications to be
> sent in a different fashion, please let me know AT ONCE.
>
> CONFIDENTIALITY NOTICE
> The information contained in this message is attorney-client privileged and confidential information
> intended exclusively for the use of the client/s of Weinhaus & Potashnick. If the reader of this message is
> not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this
> message strictly is prohibited. If you have received this message in error, please immediately notify the
> party above by telephone and return the message via reply at the above e-mail address.
>
> IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we
> inform you that any U.S. federal tax advice contained in this communication (including any attachments)
> is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under
> the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any
> transaction or matter addressed herein.

----

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

To reply to our email administrator directly, send an email to postmaster@littler.com

Littler Mendelson, P.C.
http://www.littler.com

4