# EXHIBIT D

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5   _____
                                   )
     CHRISTOPHER OTEY, ON BEHALF   )
 6   OF HIMSELF AND ALL OTHERS     )
     SIMILARLY SITUATED,           )
 7                                 )
                                   )
 8          Plaintiff,             )
                                   )
 9       vs.                       )   No. C 12-5524 CRB
                                   )
10   CROWDFLOWER, INC., LUKAS      )
     BIEWALD, AND CHRIS VAN PELT,  )
11                                 )
                                   )
12          Defendants.            )
     _____)
13
14
15
16         DEPOSITION OF CHRISTOPHER OTEY
17            San Francisco, California
18            Wednesday, May 22, 2013
19
20
21   Reported by:
     DIANE DEARMORE
22   CSR No. 12736
     Job No. 1604829
23
24
25   Pages 1 - 250
```

| | |
|---|---|
| 1  Q. And why did you leave Wilshire?<br>2  A. I was let go from Wilshire.<br>3  Q. Why were you let go from Wilshire?<br>4  A. I was let go because I guess me and another<br>5  employee talked too much.<br>6  Q. And where was Wilshire?<br>7  A. It was in downtown Portland.<br>8  Q. And what was your next employment?<br>9  A. After that I worked for Wells Fargo Financial.<br>10  Q. How long were you with Wells Fargo?<br>11  A. I was with them for about three years.<br>12  Q. And what was your position?<br>13  A. I was a collector, and then a manager.<br>14  Q. How long were you a collector?<br>15  A. I was a collector for two years.<br>16  Q. Okay. And how long were you a manager?<br>17  A. For a year.<br>18  Q. And what did you manage?<br>19  A. I managed like 10 or 12 collectors.<br>20  Q. Okay. And why did you leave Wells Fargo?<br>21  A. I was let go from Wells Fargo Financial.<br>22  Q. Why?<br>23  A. Because of a -- because of a person that I was<br>24  dating that also worked there. And they got into some<br>25  kind of trouble with management, and they let us both go<br>Page 18 | 1  there.<br>2  And I'm trying to figure out if the list from<br>3  Amazon -- entities that he worked with through another<br>4  source. If there's other channels he's using, we need<br>5  to know about it.<br>6  MR. POTASHNICK: You can answer as far as<br>7  accessing CrowdFlower through Amazon Mechanical Turk,<br>8  but don't answer regarding other companies on-line. Do<br>9  you follow?<br>10  THE WITNESS: Okay. The only work that I've<br>11  done for CrowdFlower, that I'm aware of, is through<br>12  Amazon Mechanical Turk.<br>13  MS. KALK: And I need to make the record<br>14  clear. We're entitled to this information. And if we<br>15  need to, we will ask that you come back and answer these<br>16  questions, and it will be at your expense. I think what<br>17  the magistrate judge says -- I think she's wrong. I'll<br>18  ask it. You can give your direction.<br>19  Q. (By Ms. Kalk) Mr. Otey, have you done any<br>20  work for any entities on-line through Amazon Mechanical<br>21  Turk?<br>22  MR. POTASHNICK: Don't answer that.<br>23  Q. (By Ms. Kalk) And do you understand, per your<br>24  attorney's instruction, that I may ask for you to come<br>25  back?<br>Page 20 |
| 1  since I had made my involvement with this person --<br>2  Q. Okay.<br>3  A. -- or whatever the right term is.<br>4  Q. And then after Wells Fargo, what was your next<br>5  job?<br>6  A. The only work that I've done since Wells Fargo<br>7  Financial is Amazon Mechanical Turk.<br>8  Q. Have you done any on-line business at Amazon<br>9  Mechanical Turk?<br>10  MR. POTASHNICK: Let me object that that goes<br>11  beyond the scope of permissible discovery pursuant to<br>12  the court's prior order. Don't answer that.<br>13  MS. KALK: Are you instructing him not to<br>14  answer questions regarding other work or other channels<br>15  he might have used?<br>16  MR. POTASHNICK: Other work that he's done<br>17  on-line for other companies.<br>18  Q. (By Ms. Kalk) Have you used any channels,<br>19  other than Amazon Mechanical Turk, for the same<br>20  providers for whom you did with Amazon Mechanical Turk?<br>21  MR. POTASHNICK: I'm going to object. That is<br>22  unclear. What do you mean by providers?<br>23  MS. KALK: If you look at Amazon Mechanical<br>24  Turk's contract, the one that he agreed to, they talk<br>25  about providers and people that put task requests out<br>Page 19 | 1  A. Yes.<br>2  Q. Tell me when you started working through<br>3  Amazon Mechanical Turk.<br>4  A. I don't remember, but it was around September<br>5  2010.<br>6  Q. When did you leave Wells Fargo?<br>7  A. I think it was around 2006.<br>8  Q. Okay. What did you do in the four years in<br>9  between?<br>10  A. Spent a lot of time with my father, and then I<br>11  also went to school.<br>12  Q. Where did you go to school those four years?<br>13  A. I went to school for a year or so at Portland<br>14  Community College.<br>15  Q. That's the one you told me about earlier?<br>16  A. Correct.<br>17  Q. And for the other three years?<br>18  A. Was mostly spending time with my dad.<br>19  Q. And you weren't employed in any capacity in<br>20  that three-year period?<br>21  A. I was not.<br>22  Q. Did you earn any income during that three-year<br>23  period?<br>24  A. No.<br>25  Q. Were you getting unemployment some portion of<br>Page 21 |

Veritext National Deposition & Litigation Services
866 299-5127

**Page 114**

1  Q. You didn't know one way or the other where
2  they came from?
3  A. I didn't know anything about the DIY.
4  Q. You never signed any kind of contract with
5  CrowdFlower, did you?
6      MR. POTASHNICK: I'm going to object to the
7  extent it calls for a legal conclusion. But try your
8  best.
9  A. Can you repeat the question?
10 Q. (By Ms. Kalk) Did you ever sign a contract
11 with CrowdFlower?
12 A. No, I never signed a contract.
13 Q. Did you ever receive an offer letter?
14 A. No.
15 Q. Did you ever get any kind of code of conduct
16 or terms and conditions of employment?
17 A. Terms and conditions? I have seen
18 CrowdFlower's terms and conditions, I believe.
19 Q. Were you ever provided copies of terms and
20 conditions of employment?
21 A. Not that I can recall at this time.
22 Q. Okay. And am I correct that you never
23 identified a task to perform through CrowdFlower's web
24 site? You always went through Amazon Mechanical Turk,
25 right?

**Page 115**

1  A. That I'm aware of at this time, yes.
2  Q. Did you ever even visit CrowdFlower's web site
3  before going to Amazon Mechanical Turk?
4  A. I don't recall doing so, no.
5  Q. When is the first time that you spoke to a
6  lawyer about suing CrowdFlower?
7      MR. POTASHNICK: Don't --
8      MS. KALK: I don't want the context. Just the
9  date.
10     MR. POTASHNICK: -- go into what was
11 discussed.
12 Q. (By Ms. Kalk) Yeah. I just want the date.
13 A. I don't know the exact date today, but I would
14 assume it's in the summer of 2012.
15 Q. And which lawyer was that?
16 A. I don't recall the name at this time.
17 Q. Was it Mr. Potashnick?
18 A. I did speak with Mr. Potashnick at one point.
19 Q. Was he the first lawyer you spoke to about
20 filing this lawsuit? Again, I don't want the context.
21 I just want to understand the first lawyer who you
22 talked to was.
23 A. He wasn't the first, no. I don't know the
24 first person's name.
25 Q. Was it Ellen Doyle?

**Page 116**

1  A. No.
2  Q. Ira?
3  A. No.
4  Q. Jennifer Connor?
5  A. No.
6  Q. Was it any of the lawyers currently
7  representing you?
8  A. No.
9  Q. When did you first speak -- and, again, I
10 don't want the context of the conversation, just the
11 date. When did you first speak to one of the lawyers
12 that is currently representing you in this lawsuit?
13 A. I don't know the exact date at this time, but
14 I would -- best guess is either late August or September
15 2012.
16 Q. Prior to filing this lawsuit, did you review
17 the complaint?
18     MR. POTASHNICK: Do you know what a complaint
19 is?
20     THE WITNESS: Could I get a little more of an
21 explanation?
22 Q. (By Ms. Kalk) The pleading that was filed to
23 start the lawsuit, the document that started this
24 lawsuit, did you review it, before filing, for accuracy?
25 A. Yes.

**Page 117**

1  Q. And did you review the documents before they
2  were filed in this lawsuit?
3  A. Yes.
4  Q. Were they accurate?
5  A. To the best of my knowledge, yes.
6      MR. POTASHNICK: I have 12:15. When is a good
7  time for lunch?
8      MS. KALK: We can go whenever. This is as
9  good a time to break as any.
10     MR. POTASHNICK: All right.
11     (Lunch recess.)
12 Q. (By Ms. Kalk) Mr. Otey, during our break for
13 lunch, did you talk with anyone about the substance of
14 your testimony today?
15     MR. POTASHNICK: Other than an attorney?
16 Q. (By Ms. Kalk) Including an attorney if it was
17 about the substance. You're not allowed to talk about
18 the substance once the deposition starts. The rules do
19 not allow you to talk about the substance of the
20 testimony once the deposition starts.
21     If you were to talk about "don't talk so
22 much," I don't care. Have you talked to anyone about
23 the substance of your answers during any of your breaks
24 today?
25 A. No.

Veritext National Deposition & Litigation Services
866 299-5127

**Page 210**

```
 1   yes and no.
 2      Q. Have you ever been employed by Amazon
 3   Mechanical Turk in the position entitled data entry
 4   professional?
 5      A. Amazon Mechanical Turk has never labeled me a
 6   data entry professional.
 7      Q. Okay. Now, this was printed out on February
 8   5th of 2013. Are you still holding yourself out as a
 9   data entry professional at MTurk on your LinkedIn page?
10      A. I haven't changed my LinkedIn, that I'm aware
11   of.
12      Q. Tell me why you put that out on the internet
13   as fact -- if you have never been employed as a data
14   entry professional, that you put that out on the
15   internet as fact.
16      A. Well, I put it out there stating that I do
17   work in Amazon Mechanical Turk, and the best way I could
18   describe the title that I would have held would be a
19   data entry professional. So I kind of see it as a
20   description of the work.
21      Q. Would you agree with me it could be seen as
22   misleading?
23      A. Not if people know what Mturk.com is, because
24   in this reference I'm saying Mturk.com, not Amazon
25   Mechanical Turk.
```

**Page 211**

```
 1      Q. Let's go back. Earlier we were looking at the
 2   Amazon Mechanical Turk assignment when you accepted and
 3   began doing work with them.
 4      A. Okay.
 5      Q. It's in your exhibits. It's Exhibit 1, I
 6   think. It must have been the very first one. There you
 7   go. Look at the very front page of that one for a
 8   moment. Second paragraph, subpart "f" where it starts
 9   with the bolded word Provider. See where it says that?
10      A. Provider, yes.
11      Q. It says, Means you, if you use the site to
12   perform services for a requester. Would you agree with
13   me that under this particular participation agreement,
14   you would be defined as a provider?
15         MR. POTASHNICK: Objection. Calls for a legal
16   conclusion.
17      Q. (By Ms. Kalk) You can answer.
18         MR. POTASHNICK: Objection. Could you ask
19   Mr. Arnold to quit smirking and laughing at stuff? It's
20   distracting.
21         MS. KALK: I believe one comment is not
22   distracting.
23         MR. POTASHNICK: Well, it's about the third
24   one in the last half hour.
25         MS. KALK: It doesn't seem to bother Mr. Otey.
```

**Page 212**

```
 1         MR. POTASHNICK: Your client is acting
 2   inappropriately. Let's get that for the record.
 3         MS. KALK: You're making a record of something
 4   that doesn't exist. Let's move on.
 5      Q. (By Ms. Kalk) Can you answer my question?
 6      A. Letter "f"?
 7      Q. Yeah.
 8      A. Anything with the Amazon Mechanical Turk
 9   Participation Agreement, as well as letter "f," I need
10   to speak with an attorney in regards to.
11      Q. Let me ask you this. Did you use Amazon
12   Mechanical Turk's website to perform services from
13   various task requesters?
14         MR. POTASHNICK: And same objection as I've
15   made all day. To the extent that it calls for
16   information about other task requesters other than
17   CrowdFlower, don't answer that.
18      Q. (By Ms. Kalk) I will make it really easy.
19   Did you use Amazon Mechanical Turk to perform services
20   for CrowdFlower?
21         MR. POTASHNICK: Objection. Asked and
22   answered several times today.
23      A. All of the work that I did for CrowdFlower was
24   on Amazon Mechanical Turk, to my knowledge at this time.
25      Q. (By Ms. Kalk) And so you provided services
```

**Page 213**

```
 1   through Amazon Mechanical Turk to CrowdFlower, correct?
 2      A. Right, right. As services -- I worked for
 3   CrowdFlower through Amazon Mechanical Turk.
 4      Q. Why didn't you write yourself as a provider on
 5   LinkedIn at Amazon Mechanical Turk instead of as a data
 6   entry professional?
 7      A. Well, I used the data entry professional just
 8   as an introduction of what I was doing.
 9      Q. Didn't you tell me earlier you did a lot of
10   surveying and opened one-time HITs on different tasks?
11         MR. POTASHNICK: Objection. You're talking
12   about other requesters?
13         MS. KALK: I'm talking about the veracity of
14   his statements here that he went on the internet and
15   lied about what he did.
16         MR. POTASHNICK: That's offensive. Let's put
17   that on the record.
18         MS. KALK: I did put it on the record.
19         MR. POTASHNICK: That's inappropriate to treat
20   the witness like that.
21         MS. KALK: Say what you will.
22      Q. (By Ms. Kalk) You said you did other tasks,
23   like photo moderation. There were plenty of other tasks
24   that you did, correct?
25         MR. POTASHNICK: Don't answer for others.
```