# EXHIBIT C

**Declaration of Roz Henry**

1

2

3

4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

5

6

7

8

9

10

11

CHRISTOPHER OTEY, on behalf of himself and all others similarly situated,

Plaintiff,

v.

CROWDFLOWER, INC., LUKAS BIEWALD and CHRIS VAN PELT,

Defendants.

Case No. 3:12-CV-05524-JST

DECLARATION OF ROZ HENRY

12      I, Roz Henry, having a home business address of 500 Grace Avenue, Iona,

13   Minnesota, 56141, do hereby swear, affirm and attest as follows, based upon my personal knowledge

14   of the matters contained herein:

15                                              1.

16      I am over 18 years of age and competent to testify to the matters stated in this

17   declaration. I make this declaration based upon my personal knowledge and if called upon to testify

18   in this regard, could do so both accurately and competently. This declaration is given voluntarily. I

19   have not been promised any benefit, coerced or threatened in any manner in exchange for the

20   testimony in this declaration.

21                                              2.

22      I discovered crowdsourcing, or performing internet based tasks, sometime during

23   2010. I was browsing the internet and came across crowdsourcing. The websites I have used that

24   provide these internet based tasks ("portals" or "channel providers") include ClixSense.com,

25   FusionCash.net, and NeoBux.com. CrowdFlower and other companies ("platforms" or "task

26   requesters") offer discrete tasks and other internet-based earning opportunities (offers, surveys, "paid

27   to click" ads, etc.) on portal websites such as these, that users like me can choose to accept. I am a

28   member of the ClixSense, FusionCash, and NeoBux websites, and it is through these channel

LITTLER MENDELSON, P.C.
1300 100 Center
50 South 9th Street
Minneapolis, MN 55402-2136
612.630.1000

(NO. 3:12-CV-05524-JST)

1  providers that I review and select the crowdsourcing tasks. In order to become a member of these

2  channel providers, I simply provided my name, email address, and Paypal account address. I do not

3  know if a real name is required to be a member of these portals, or if I could use an alias or some

4  other name. In performing tasks, I have never provided my personal information to platforms such

5  as CrowdFlower.

6                                              3.

7            After logging on to the ClixSense, FusionCash, or NeoBux portals, I can review the

8  tasks posted by various platforms, including CrowdFlower. I am free to choose certain tasks to

9  perform that are offered by those platforms. There are many different types of tasks available, and it

10  is entirely up to me to decide if I want to perform a particular task or not.

11                                             4.

12           I do not think of myself as an employee of ClixSense, FusionCash, or NeoBux, the

13  portals through which I have performed tasks. I also do not consider myself to be an employee of

14  CrowdFlower or any of the other task requesters. Instead, I simply choose to perform tasks when I

15  want to and only if I want to, in order to earn some supplemental income. Some portals pay for

16  completed tasks in the form of virtual currency (e.g., points, rewards, etc.), while others provide cash

17  compensation. I prefer to perform tasks for portals that pay cash compensation. I have no obligation

18  to any portal or any task requester, including CrowdFlower. I am free to perform tasks for other task

19  requesters at any time.

20                                             5.

21           I consider many factors in determining which tasks to perform. Among these factors

22  are as the amount of compensation, the length of time necessary to complete the task, and whether

23  the particular task interests me.

24                                             6.

25           I have complete control of my schedule with regard to crowdsourcing tasks. I have a

26  bookkeeping job, and I generally only spend roughly 1-2 hours per day on crowdsourcing tasks.

27  There are also days where I don't perform any tasks. However, it is entirely up to me. If I am busy

28  with other things, I'll choose not to do any tasks for days or even weeks at a time. I decide which

(NO. 3:12-CV-05524-JST)                          2.

1    tasks to perform and whether I want to complete any given task once I have opened it. I can choose
2    not to perform any tasks. I can choose which tasks to perform and for which platforms. I can
3    choose to spend as much or as little time performing tasks as I want. I also completely control when
4    I choose to perform tasks, and how much time is spent on tasks.

5                                                    7.

6            Most tasks do not take very long to complete. Some take less than a minute, while
7    some of the longer ones can take several minutes. I have never seen a task that takes more than 30
8    minutes to complete. I do not keep track of or record the time I spend performing tasks for particular
9    task requesters, and the amount of time may vary greatly from day to day or from week to week.

10                                                   8.

11           I perform tasks at home on my home computer. I provide the computer, and also
12   provide my own internet service in order to access the portals that post tasks. I am not reimbursed
13   by any portal or platform, including CrowdFlower, for any of my expenses associated with
14   performing crowdsourcing tasks, including my computer hardware and internet service.

15                                                   9.

16           Neither CrowdFlower nor any particular platform pays me for the tasks that I choose
17   to perform. Instead, tasks are presented to the public via portals such as ClixSense, FusionCash, and
18   NeoBux. Along with the offer is a listing of either the virtual or monetary reward offered by the
19   portal for completion of the task. I prefer to perform tasks for portals that pay cash compensation,
20   not virtual rewards.

21                                                   10.

22           There is no supervision when I am performing tasks. Nobody with the portals or the
23   task requesters controls whether I perform a task, and if so, how I perform it. I simply decide which
24   tasks to select, some of which may be posted by CrowdFlower, and then complete the task to the
25   best of my ability. .

26                                                   11.

27           Sometimes, while working on tasks, I will have a particular task window open for
28   much more time than I actually spend completing the task. For example, I may open a task window

(NO. 3:12-CV-05524-JST)                              3.

1   while I have other windows open for different internet-based offers or surveys, and then perform

2   these other internet-based activities while the task window is open. I also do not always complete

3   the tasks that I choose to open. There are no negative repercussions for selecting and not completing

4   a task. There are also times when I will have a task open while I am doing other things such as

5   talking on the telephone or watching television. Therefore, the amount of time a particular task is

6   open does not necessarily indicate how long it takes to complete the task.

7                         12.

8         Performing tasks for various task requesters, including CrowdFlower, has given me

9   the opportunity to help supplement my income in a way that allows me to be at home, choose my

10   schedule, wear sweats, and not have anyone telling me what to do. I do not believe I am an

11   employee, or anything like an employee, of any channel provider or task requester because I get to

12   choose what I work on, when I work, if I work, how I perform the task, and for how long. All the

13   while, I get to make a little extra cash on the side of my other job.

14                         13.

15         I understand that I am not required to provide the testimony in this declaration. I

16   have provided this declaration voluntarily without any promise of benefit or threat of any kind. Prior

17   to signing this declaration, I was provided with a full opportunity to carefully review this declaration

18   and freely make any corrections and additions of any kind. I verify that the information I have

19   provided in this declaration is true and correct.

20         PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF

21   PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE

22   FOREGOING IS TRUE AND CORRECT.

23

24   Executed on May 11, 2013                   _Rozalind Henry_
                                         ROZ HENRY

25

Firmwide:119976992.1 073660.1001

26

27

28

LITTLER MENDELSON, P.C.
1150 Hill Av001
65 Beale St 30th
Minneapolis, MN 55402-3100
1.5020.1000

(NO. 3:12-CV-05524-JST)                   4.