1  ARTHUR M. EIDELHOCH, Bar No. 168096
   aeidelhoch@littler.com
2  GALEN M. LICHTENSTEIN, Bar No. 251274
   glichtenstein@littler.com
3  LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
4  San Francisco, California 94108.2693
   Telephone: 415.433.1940
5  Facsimile:  415.399.8490

6  JACQUELINE E. KALK (admitted *pro hac vice*)
   jkalk@littler.com
7  LITTLER MENDELSON, P.C.
   80 South 8th Street, Suite 1300
8  Minneapolis, MN 55402.2136
   Telephone:  612-313-7645
9  Facsimile:   612.677.3139

10 KELLY D. REESE (admitted *pro hac vice*)
   kreese@littler.com
11 R. BRADLEY ADAMS (admitted *pro hac vice*)
   radams@littler.com
12 LITTLER MENDELSON, P.C.
   63 South Royal Street, Suite 901
13 Mobile, AL 36602.3218
   Telephone:  251-432-2477
14 Facsimile:   251-432-0427

15 Attorneys for Defendants
   CROWDFLOWER, INC., LUKAS BIEWALD
16 AND CHRIS VAN PELT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER OTEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CROWDFLOWER, INC., LUKAS BIEWALD and CHRIS VAN PELT,<br><br>Defendant. | Case No. 3:12-cv-05524-JST<br><br>JUDGE: HONORABLE JON S. TIGAR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION SEEKING LEAVE TO CORRECT RECORD [DKT. 168]**<br><br>[FED. R. CIV. P. 72(a); N.D. CIV. L.R. 72-2] |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

ORDER GRANTING DEFS' ADMIN. MOT.
SEEKING LEAVE TO CORRECT RECORD

Case No. 3:12-cv-05524-JST

## ORDER

Defendants' ("Defendants") Administrative Motion Seeking Leave to Correct Record (Dkt. 168) came before this Court without hearing, pursuant to Northern District of California Local Rule 7-11. The Court having considered the evidence proffered in support of and in opposition to Defendants' Motion, having read and considered the supporting and opposition points and authorities, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendants' Administrative Motion to Correct Record is **GRANTED**. The following statements are hereby stricken from the Court's Order Granting Motion for Conditional Certification of Collective Action [ECF No. 167]:

- CrowdFlower requires each contributor to enter into a written agreement ("the Agreement") before they can perform any tasks. . . . ;

- CrowdFlower assigns tasks to contributors based on their prior performance; contributors with weaker performances are assigned lower-paying tasks. . . .

(ECF 167 pp. 2-3).

**IT IS SO ORDERED.**

Dated: _____, 2013

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Firmwide:122813215.1 073860.1001

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

ORDER GRANTING DEFS' ADMIN. MOT. SEEKING LEAVE TO CORRECT RECORD    2.    Case No. 3:12-cv-05524-JST