UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER OTEY, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CROWDFLOWER, INC., et al.,<br><br>　　　　Defendants. | Case No. 12-cv-05524-JST<br><br>**ORDER VACATING HEARING; CONTINUING CASE MANAGEMENT CONFERENCE; DENYING STIPULATED REQUEST AS MOOT**<br><br>Re: ECF Nos. 150, 155, 170 |

　　　　A hearing on Defendants' motion to dismiss and Plaintiffs' motion for judgment on the pleadings is scheduled for September 12, 2013.  As the motions are suitable for determination without oral argument, the hearing is VACATED.  See Civil L.R. 7-1(b).  The case management conference scheduled for September 11, 2013, is CONTINUED to December 11, 2013.  The parties' stipulated request to consolidate the hearing on the motions with the case management conference is DENIED AS MOOT.

　　　　**IT IS SO ORDERED.**

Dated: September 4, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge