ARTHUR M. EIDELHOCH, Bar No. 168096
aeidelhoch@littler.com
GALEN M. LICHTENSTEIN, Bar No. 251274
glichtenstein@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, California 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

JACQUELINE E. KALK (admitted *pro hac vice*)
jkalk@littler.com
LITTLER MENDELSON, P.C.
80 South 8th Street, Suite 1300
Minneapolis, MN 55402.2136
Telephone: 612-313-7645
Facsimile: 612.677.3139

KELLY D. REESE (admitted *pro hac vice*)
kreese@littler.com
R. BRADLEY ADAMS (admitted *pro hac vice*)
radams@littler.com
LITTLER MENDELSON, P.C.
63 South Royal Street, Suite 901
Mobile, AL 36602.3218
Telephone: 251-432-2477
Facsimile: 251-432-0427

Attorneys for Defendants
CROWDFLOWER, INC., LUKAS BIEWALD
AND CHRIS VAN PELT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER OTEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CROWDFLOWER, INC., LUKAS BIEWALD and CHRIS VAN PELT,<br><br>Defendant. | Case No. 3:12-cv-05524-JST<br><br>**DEFENDANTS' NOTICE OF WITHDRAWAL OF ADMINISTRATIVE MOTION TO CORRECT RECORD [Doc. No. 168]**<br><br>N.D. Cal. Civ. L.R. 7-7(e) |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFS' NOTICE OF WITHDRAWAL OF ADMIN MOTION TO CORRECT RECORD

Case No. 3:12-cv-05524-JST

On September 3, 2013, Defendants filed their Administrative Motion to Correct Record under N.D. Cal. Civ. L.R. 7-11 [Doc. No. 168], which was directed at two discrete factual matters contained in the Court's Order Granting Motion for Conditional Certification of Collective Action ("Order") [Doc. No. 167]. On September 6, 2013, Plaintiffs filed their Memorandum in Opposition to Defendants' Administrative Motion to Correct the Record.[1] (*See* Doc. 172.) Pursuant to N.D. Cal. Civ. L.R. 7-7(e), Defendants hereby respectfully withdraw their Administrative Motion to Correct Record [Doc. No. 168].

Dated: September 12, 2013

Respectfully submitted,

LITTLER MENDELSON, P.C.

By: */s/ R. Bradley Adams*
R. BRADLEY ADAMS (*pro hac vice*)
ARTHUR M. EIDELHOCH
GALEN M. LICHTENSTEIN
JACQUELINE E. KALK (*pro hac vice*)
KELLY D. REESE (*pro hac vice*)
Attorneys for Defendants
CROWDFLOWER, INC., LUKAS BIEWALD AND CHRIS VAN PELT

---

[1] In their memorandum in opposition, Plaintiffs generally challenge Defendants' motion as procedurally improper based on the subject matter of the motion, contending that Defendants' motion was actually a motion for reconsideration governed by N.D. Cal. Civ. L.R. 7-9. Defendants filed their motion under Rule 7-11 rather than Rule 7-9 because they are not seeking to have the Court reconsider its decision to conditionally certify a collective action. Instead, Defendants merely seek to have the Court correct the record with respect to two discrete factual statements included in the Order. Further, prior to the Court ruling on the issue of conditional certification, Defendants filed a separate administrative motion to correct record [Doc. No. 162] to address an inaccurate factual matter that arose during the hearing. Plaintiffs did not, as they have done here, oppose that motion based on it purportedly being procedurally improper. Instead, Plaintiffs seemed to concede that the motion was meritorious: "Given this inadvertent error, Plaintiffs agree that references to prior posting about this lawsuit on CrowdFlower's website should be stricken from the record." (Doc. No. 162 p. 3.) In other words, Plaintiffs did not oppose Defendants' prior motion to correct the record on the ground that it was nor directed at an administrative matter. In any event, given the importance of the issues Defendants seek to raise, out of an abundance of caution, Defendants are respectfully submitting this notice of withdrawal and reserve their right to address the issues previously raised in its administrative motion to correct record in a motion for leave to file a motion to reconsider under N.D. Cal. Civ. L.R. 7-11.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFS' NOTICE OF WITHDRAWAL OF ADMIN MOTION TO CORRECT RECORD

2.

Case No. 3:12-cv-05524-JST