ARTHUR M. EIDELHOCH, Bar No. 168096
aeidelhoch@littler.com
GALEN M. LICHTENSTEIN, Bar No. 251274
glichtenstein@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

JACQUELINE E. KALK (*Pro Hac Vice*)
jkalk@littler.com
LITTLER MENDELSON, P.C.
80 South 8th Street, Suite 1300
Minneapolis, MN 55402-2136
Telephone: 612.313.7645
Facsimile: 612.677.3139

KELLY D. REESE (*Pro Hac Vice*)
kreese@littler.com
R. BRADLEY ADAMS
radams@littler.com
LITTLER MENDELSON, P.C.
63 South Royal Street, Suite 901
Mobile, AL 36602-3218
Telephone: 251.432.4540 (Reese)
Telephone: 251.706.6758 (Adams)

Attorneys for Defendants
CROWDFLOWER, INC., LUKAS BIEWALD
AND CHRIS VAN PELT

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER OTEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CROWDFLOWER, INC., LUKAS BIEWALD AND CHRIS VAN PELT,<br><br>Defendants. | Case No. 3:12-cv-05524-JST (MEJ)<br><br>**DECLARATION OF R. BRADLEY ADAMS** |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECLARATION OF R. BRADLEY ADAMS

Case No. 3:12-cv-05524-JST

I, R. Bradley Adams, declare as follows:

1. I am a lawyer with the law firm of Littler Mendelson, P.C., and am one of the attorneys representing Defendants in this action. I am admitted *pro hac vice* to appear before this Court in the above captioned matter. All of the information set forth herein is based upon my personal knowledge and if called and sworn as a witness, I could and would competently and accurately testify in this regard.

2. This Declaration is submitted pursuant to N.D. Cal. Civ. L.R. 7-5.

3. Attached as Exhibit A to Defendants' Motion for Leave to File Motion to Reconsider Regarding Two Discrete Factual Statements Made in Order Granting Motion for Conditional Certification of Collective Action ("Defendants' Motion for Leave") are true and correct copies of excerpts from the Deposition of Plaintiff Christopher Otey, taken May 22, 2013.

4. Attached as Exhibit B to Defendants' Motion for Leave is a true and correct copy of the Declaration of Roz Henry dated May 11, 2013.

5. Attached as Exhibit C to Defendants' Motion for Leave is a true and correct copy of the Declaration of Kathryn Head, dated May 8, 2013.

**Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed on September 17, 2013.

R. Bradley Adams

Firmwide:123100235.1 073860.1001

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
an Francisco, CA 94108.2693
415.433.1940

DECLARATION OF KELLY D. REESE     2.     Case No. 3:12-cv-05524-JST