1  ARTHUR M. EIDELHOCH, Bar No. 168096
   aeidelhoch@littler.com
2  GALEN M. LICHTENSTEIN, Bar No. 251274
   glichtenstein@littler.com
3  LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
4  San Francisco, California 94108.2693
   Telephone: 415.433.1940
5  Facsimile:  415.399.8490

6  JACQUELINE E. KALK (admitted *pro hac vice*)
   jkalk@littler.com
7  LITTLER MENDELSON, P.C.
   80 South 8th Street, Suite 1300
8  Minneapolis, MN 55402.2136
   Telephone:  612-313-7645
9  Facsimile:   612.677.3139

10 KELLY D. REESE (admitted *pro hac vice*)
   kreese@littler.com
11 R. BRADLEY ADAMS (admitted *pro hac vice*)
   radams@littler.com
12 LITTLER MENDELSON, P.C.
   63 South Royal Street, Suite 901
13 Mobile, AL 36602.3218
   Telephone:  251-432-2477
14 Facsimile:  251-432-0427

15 Attorneys for Defendants
   CROWDFLOWER, INC., LUKAS BIEWALD
16 AND CHRIS VAN PELT

17

18                       UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF CALIFORNIA
19                            SAN FRANCISCO DIVISION

20

21 | CHRISTOPHER OTEY, on behalf of himself and all others similarly situated, | Case No. 3:12-cv-05524-JST |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION TO RECONSIDER REGARDING TWO DISCRETE FACTUAL STATEMENTS MADE IN ORDER GRANTING MOTION FOR CONDITIONAL CERTIFICATION OF COLLECTIVE ACTION** |
| v. | |
| CROWDFLOWER, INC., LUKAS BIEWALD and CHRIS VAN PELT, | |
| Defendant. | |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER GRANTING DEF'S' MOT FOR LEAVE TO FILE MOTION TO RECONSIDER

Case No. 3:12-cv-05524-JST

The Court having considered Defendants' Motion for Leave to File Motion to Reconsider Regarding Two Discrete Factual Statements Made in Order Granting Motion for Conditional Certification of Collective Action, and for good cause appearing therefore, IT IS HEREBY ORDERED THAT the Motion is GRANTED.

IT IS FURTHER ORDERED THAT Defendants are granted leave to file their proposed Motion to Reconsider Regarding Two Discrete Factual Statements Made in Order Granting Motion for Conditional Certification of Collective Action.

IT IS SO ORDERED.

Dated: _____    _____
HON. JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE

Firmwide:123109498.1 073860.1001

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

[PROPOSED] ORDER GRANTING DEF'S' MOT FOR LEAVE TO FILE MOTION TO RECONSIDER        2.        Case No. 3:12-cv-05524-JST