ARTHUR M. EIDELHOCH, Bar No. 168096
aeidelhoch@littler.com
GALEN M. LICHTENSTEIN, Bar No. 251274
glichtenstein@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

JACQUELINE E. KALK (Pro Hac Vice)
jkalk@littler.com
LITTLER MENDELSON, P.C.
80 South 8th Street, Suite 1300
Minneapolis, MN 55402-2136
Telephone: 612.313.7645
Facsimile: 612.677.3139

KELLY D. REESE (Pro Hac Vice)
kreese@littler.com
LITTLER MENDELSON, P.C.
63 South Royal Street, Suite 901
Mobile, AL 36602.3218
Telephone: 251-432-4540
Facsimile: 251-650-1287

Attorneys for Defendants
CROWDFLOWER, INC., LUKAS BIEWALD AND CHRIS VAN PELT

William T. Payne (SBN 90988)
Ellen M. Doyle (Pro Hac Vice)
Edward J. Feinstein (Pro Hac Vice)
STEMBER FEINSTEIN DOYLE PAYNE & KRAVEC, LLC
429 Forbes Avenue, 17th Floor
Pittsburgh, PA 15219
412-281-8400 (T), 412-281-1007 (F)
wpayne@stemberfeinstein.com
edoyle@stemberfeinstein.com
efeinstein@stemberfeinstein.com

Mark A. Potashnick (Pro Hac Vice)
WEINHAUS & POTASHNICK
11500 Olive Blvd., Suite 133
St. Louis, MO 63141
314-997-9150 (T), 314-997-9170 (F)
markp@wp-attorney.com

Ira Spiro (SBN 67641)
Jennifer Connor (SBN 241480)
Justin F. Marquez (SBN 262417)
Spiro Moore, LLP
11377 W. Olympic Blvd., 5th Floor
Los Angeles, CA 89064
310-235-2468 (T), 310-235-2456 (F)
ira@spiromoore.com
Jennifer@spiromoore.com
Justin@spiromoore.com

Attorneys for Plaintiffs
CHRISTOPHER OTEY, MARY GRETH & THE CONDITIONALLY CERTIFIED FLSA COLLECTIVE ACTION CLASS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

CHRISTOPHER OTEY & MARY GRETH, on behalf of themselves and all others similarly situated,

Plaintiff,

v.

CROWDFLOWER, INC., LUKAS BIEWALD AND CHRIS VAN PELT,

Defendants.

CASE NO. 3:12-cv-05524-JST/MEJ

**STIPULATION RE: CONTINUANCE OF LITIGATION ACTIVITIES PENDING MEDIATION**

**[PROPOSED] ORDER**

Plaintiffs CHRISTOPHER OTEY and MARY GRETH ("Plaintiffs") and Defendants CROWDFLOWER, INC., LUKAS BIEWALD, and CHRIS VAN PELT ("Defendants"), by and through their respective counsel, hereby enter into the following Stipulation Regarding Continuation of Litigation Activities Pending Mediation. Specifically, by and through this Stipulation, the parties request that the Court grant the parties leave to continue all litigation activities, including responses to pending discovery requests, pending the parties' mediation scheduled for October 18 and 19, 2013.

**STIPULATION**

1. The original Complaint in this action was filed on October 26, 2012 against Defendants Crowdflower, Inc., Lukas Biewald and Chris Van Pelt.

2. No case management conference has yet occurred and the Court has not yet issued any scheduling order.

3. The initial case management conference is scheduled for 2:00 p.m. on December 11, 2013.

4. The parties have scheduled mediation on October 18 and 19, 2013.

5. The parties desire to preserve substantial time, effort and expense pending mediation.

6. The parties further desire to devote any efforts related to this litigation prior to October 18, 2013 to preparation for the upcoming mediation.

7. Such continuance will help facilitate a successful mediation.

8. If settlement is not achieved through mediation on October 18 and 19, 2013, the continuance sought will not materially delay or alter the progress of this litigation.

WHEREFORE, the parties mutually request that the Court enter the proposed Order below, thereby continuing the deadlines for all litigation activities, including response to pending discovery requests, up to and including October 31, 2013.

Dated: September 26, 2013

WEINHAUS & POTASHNICK

By: /s/ Mark Potashnick
MARK POTASHNICK
Attorney for Plaintiffs CHRISTOPHER OTEY, MARY GRETH and the conditionally certified FLSA collective action class

Dated: September 26, 2013

Respectfully submitted,

LITTLER MENDELSON, P.C.

By: /s/ Jacqueline E. Kalk
JACQUELINE E. KALK
ARTHUR M. EIDELHOCH
GALEN M. LICHTENSTEIN
KELLY D. REESE
Attorneys for Defendants CROWDFLOWER, INC., LUKAS BIEWALD AND CHRIS VAN PELT

**[PROPOSED] ORDER**

Good cause appearing therefore, the foregoing Stipulation Re: Continuation of Litigation Activities Pending Mediation ("Stipulation") is hereby approved and it is hereby ordered that:

All litigation activities, including responses to pending discovery requests, are continued up to and including October 31, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: ____________

______________________________________
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE