| | |
|---|---|
| ARTHUR M. EIDELHOCH, Bar No. 168096<br>aeidelhoch@littler.com<br>GALEN M. LICHTENSTEIN, Bar No. 251274<br>glichtenstein@littler.com<br>LITTLER MENDELSON, P.C.<br>650 California Street<br>20th Floor<br>San Francisco, California 94108.2693<br>Telephone: 415.433.1940<br>Facsimile: 415.399.8490<br><br>JACQUELINE E. KALK (Pro Hac Vice)<br>jkalk@littler.com<br>LITTLER MENDELSON, P.C.<br>80 South 8th Street, Suite 1300<br>Minneapolis, MN 55402-2136<br>Telephone: 612.313.7645<br>Facsimile: 612.677.3139<br><br>KELLY D. REESE (Pro Hac Vice)<br>kreese@littler.com<br>LITTLER MENDELSON, P.C.<br>63 South Royal Street, Suite 901<br>Mobile, AL 36602.3218<br>Telephone: 251-432-4540<br>Facsimile: 251-650-1287<br><br>Attorneys for Defendants<br>CROWDFLOWER, INC., LUKAS BIEWALD AND CHRIS VAN PELT | William T. Payne (SBN 90988)<br>Ellen M. Doyle (Pro Hac Vice)<br>Edward J. Feinstein (Pro Hac Vice)<br>STEMBER FEINSTEIN DOYLE<br>PAYNE & KRAVEC, LLC<br>429 Forbes Avenue, 17th Floor<br>Pittsburgh, PA 15219<br>412-281-8400 (T), 412-281-1007 (F)<br>wpayne@stemberfeinstein.com<br>edoyle@stemberfeinstein.com<br>efeinstein@stemberfeinstein.com<br><br>Mark A. Potashnick (Pro Hac Vice)<br>WEINHAUS & POTASHNICK<br>11500 Olive Blvd., Suite 133<br>St. Louis, MO 63141<br>314-997-9150 (T), 314-997-9170 (F)<br>markp@wp-attorney.com<br><br>Ira Spiro (SBN 67641)<br>Jennifer Connor (SBN 241480)<br>Justin F. Marquez (SBN 262417)<br>Spiro Moore, LLP<br>11377 W. Olympic Blvd., 5th Floor<br>Los Angeles, CA 89064<br>310-235-2468 (T), 310-235-2456 (F)<br>ira@spiromoore.com<br>Jennifer@spiromoore.com<br>Justin@spiromoore.com<br><br>Attorneys for Plaintiffs<br>CHRISTOPHER OTEY, MARY GRETH &<br>THE CONDITIONALLY CERTIFIED FLSA<br>COLLECTIVE ACTION CLASS |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHRISTOPHER OTEY & MARY GRETH, on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CROWDFLOWER, INC., LUKAS BIEWALD AND CHRIS VAN PELT,<br><br>    Defendants. | CASE NO. 3:12-cv-05524-JST/MEJ<br><br>**STIPULATION RE: CONTINUANCE OF LITIGATION ACTIVITIES PENDING MEDIATION**<br><br>[PROPOSED] ORDER |

Plaintiffs CHRISTOPHER OTEY and MARY GRETH ("Plaintiffs") and Defendants CROWDFLOWER, INC., LUKAS BIEWALD, and CHRIS VAN PELT ("Defendants"), by and through their respective counsel, hereby enter into the following Stipulation Regarding Continuation of Litigation Activities Pending Mediation.  Specifically, by and through this Stipulation, the parties request that the Court grant the parties leave to continue all litigation activities, including responses to pending discovery requests, pending the parties' mediation scheduled for October 18 and 19, 2013.

## **STIPULATION**

1. The original Complaint in this action was filed on October 26, 2012 against Defendants Crowdflower, Inc., Lukas Biewald and Chris Van Pelt.

2. No case management conference has yet occurred and the Court has not yet issued any scheduling order.

3. The initial case management conference is scheduled for 2:00 p.m. on December 11, 2013.

4. The parties have scheduled mediation on October 18 and 19, 2013.

5. The parties desire to preserve substantial time, effort and expense pending mediation.

6. The parties further desire to devote any efforts related to this litigation prior to October 18, 2013 to preparation for the upcoming mediation.

7. Such continuance will help facilitate a successful mediation.

8. If settlement is not achieved through mediation on October 18 and 19, 2013, the continuance sought will not materially delay or alter the progress of this litigation.

WHEREFORE, the parties mutually request that the Court enter the proposed Order below, thereby continuing the deadlines for all litigation activities, including response to pending discovery requests, up to and including October 31, 2013.

1  Dated: September 26, 2013          WEINHAUS & POTASHNICK

2
                                     By:    /s/ Mark Potashnick
3                                        MARK POTASHNICK
                                         Attorney for Plaintiffs CHRISTOPHER OTEY,
4                                        MARY GRETH and the conditionally certified
                                         FLSA collective action class
5

6

7  Dated: September 26, 2013           Respectfully submitted,

8                                      LITTLER MENDELSON, P.C.

9                                      By:   /s/ Jacqueline E. Kalk
                                          JACQUELINE E. KALK
10                                        ARTHUR M. EIDELHOCH
                                          GALEN M. LICHTENSTEIN
11                                        KELLY D. REESE
                                          Attorneys for Defendants
12                                        CROWDFLOWER, INC., LUKAS
                                          BIEWALD AND CHRIS VAN PELT
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
STIPULATION RE: CONTINUANCE OF LITIGATION ACTIVITIES PENDING MEDIATION
CASE NO. 3:12-cv-095524-JST/MEJ

**[PROPOSED] ORDER**

Good cause appearing therefore, the foregoing Stipulation Re: Continuation of Litigation Activities Pending Mediation ("Stipulation") is hereby approved and it is hereby ordered that:

All litigation activities, including responses to pending discovery requests, are continued up to and including October 31, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: September 27, 2013



_____
HON.
UNITED STATES DISTRICT COURT JUDGE