Ira Spiro (SBN 67641)
Jennifer Connor (SBN 241480)
Justin F. Marquez (SBN 262417)
**SPIRO LAW CORP.**
11377 W. Olympic Blvd., Fifth Floor
Los Angeles California 90064
Telephone: (310) 235-2350
Fax: (310) 235-2351
ira@spirolawcorp.com
jennifer@spirolawcorp.com
justin@spirolawcorp.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER OTEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CROWDFLOWER, INC., LUKAS BIEWALD AND CHRIS VAN PELT,<br><br>Defendants. | CASE NO.: 12-cv-05524 JST (MEJ)<br><br>**NOTICE OF FIRM NAME CHANGE** |

NOTICE OF FIRM NAME CHANGE Case No. 12-cv-05524 JST

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** the firm name of SPIRO MOORE LLP has changed to SPIRO |
| 2 | LAW CORP.  The new firm contact information is as follows: |

SPIRO LAW CORP.
11377 West Olympic Boulevard, 5th Floor
Los Angeles, CA 90064
T. (310) 235-2350
F. (310) 235-2351
www.spirolawcorp.com

The new e-mail addresses for attorneys Ira Spiro, Jennifer Connor and Justin Marquez are:

| | |
|---|---|
| Ira Spiro: | ira@spirolawcorp.com |
| Jennifer Connor: | jennifer@spirolawcorp.com |
| Justin Marquez | Justin@spirolawcorp.com |

Dated: October  14, 2013			SPIRO LAW CORP.


					By:  _/s/ Ira Spiro_____
						**IRA SPIRO**
						**JENNIFER CONNOR**
						**JUSTIN MARQUEZ**
					**ATTORNEYS FOR PLAINTIFFS**