| | |
|---|---|
| ARTHUR M. EIDELHOCH, Bar No. 168096<br>aeidelhoch@littler.com<br>GALEN M. LICHTENSTEIN, Bar No. 251274<br>glichtenstein@littler.com<br>LITTLER MENDELSON, P.C.<br>650 California Street, 20th Floor<br>San Francisco, California 94108.2693<br>Telephone: 415.433.1940<br>Facsimile: 415.399.8490<br><br>JACQUELINE E. KALK (*Pro Hac Vice*)<br>jkalk@littler.com<br>LITTLER MENDELSON, P.C.<br>80 South 8th Street, Suite 1300<br>Minneapolis, MN 55402.2136<br>Telephone: 612-313-7645<br>Facsimile: 612.677.3139<br><br>KELLY D. REESE (*Pro Hac Vice*)<br>kreese@littler.com<br>R. BRADLEY ADAMS (*Pro Hac Vice*)<br>radams@littler.com<br>LITTLER MENDELSON, P.C.<br>63 South Royal Street, Suite 901<br>Mobile, AL 36602.3218<br>Telephone: 251-432-2477<br>Facsimile: 251-432-0427<br><br>Attorneys for Defendants<br>CROWDFLOWER, INC., LUKAS BIEWALD<br>AND CHRIS VAN PELT | William T. Payne (SBN 90988)<br>Ellen M. Doyle (*Pro Hac Vice*)<br>Edward J. Feinstein (*Pro Hac Vice*)<br>STEMBER FEINSTEIN DOYLE PAYNE<br>& KRAVEC, LLC<br>429 Forbes Avenue, 17th Floor<br>Pittsburgh, PA 15219<br>412-281-8400 (T), 412-281-1007 (F)<br>wpayne@stemberfeinstein.com<br>edoyle@stemberfeinstein.com<br>efeinstein@stemberfeinstein.com<br><br>Mark A. Potashnick (*Pro Hac Vice*)<br>WEINHAUS & POTASHNICK<br>11500 Olive Blvd., Suite 133<br>St. Louis, MO 63141<br>314-997-9150 (T), 314-997-9170 (F)<br>markp@wp-attorney.com<br><br>Ira Spiro (SBN 67641)<br>Jennifer Connor (SBN 241480)<br>Justin F. Marquez (SBN 262417)<br>SPIRO MOORE, LLP<br>11377 W. Olympic Blvd., 5th Floor<br>Los Angeles, CA 89064<br>310-235-2468 (T), 310-235-2456 (F)<br>ira@spiromoore.com<br>Jennifer@spiromoore.com<br>Justin@spiromoore.com<br><br>Attorneys for Plaintiffs<br>CHRISTOPHER OTEY, MARY GRETH<br>& THE CONDITOINALLY CERTIFIED<br>FLSA COLLECTIVE ACTION CLASS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER OTEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CROWDFLOWER, INC., LUKAS BIEWALD and CHRIS VAN PELT,<br><br>Defendant. | Case No. 3:12-cv-05524-JST/mej<br><br>**STIPULATION RE: CONTINUANCE OF LITIGATION ACTIVITIES, INCLUDING NOTICE OF CONDITIONAL CERTIFICATION OF COLLECTIVE ACTION, PENDING ANTICIPATED SETTLEMENT AND MOTION FOR COURT APPROVAL OF SAME**<br><br>**[PROPOSED] ORDER** |

STIPULATION RE CONTINUANCE OF LITIGATION ACTIVITIES

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Case No. 3:12-cv-05524-JST

Plaintiffs CHRISTOPHER OTEY and MARY GRETH ("Plaintiffs") and Defendants CROWDFLOWER, INC., LUKAS BIEWALD and CHRIS VAN PELT ("Defendants"), by and through their respective counsel, hereby enter into the following Stipulation Regarding Continuance of Litigation Activities Pending Anticipated Settlement and Motion for Court Approval of Same. Specifically, by and through this Stipulation, the parties request that the Court grant the parties leave to continue all litigation activities, including responses to pending discovery requests and service/posting of notice of conditional certification of collective action, for an additional thirty days (from October 31, 2013) to allow the parties to continue to work toward a final settlement of the instant action in the wake of the parties' mediation which occurred October 18-19, 2013.

## **STIPULATION**

1. The original Complaint in this action was filed on October 26, 2012 against Defendants CrowdFlower, Inc., Lukas Biewald and Chris Van Pelt.

2. No case management conference has yet occurred and the Court has not yet issued any scheduling order.

3. The initial case management conference is scheduled for 2:00 p.m. on December 11, 2013.

4. The parties participated in mediation on October 18-19, 2013. In anticipation of mediation, the parties sought and the Court granted a stay, pending mediation, up to and including October 31, 2013. (Doc. No. 177).

5. Based on the mediation and subsequent settlement discussions, counsel for the parties believe that finalizing a settlement of this action is likely. However, given the complex nature of this putative collective and class action, additional time is needed by the parties to try to finalize all of the terms of a settlement agreement. The parties desire to focus their efforts on reaching a final settlement rather than devoting time, effort and expense to engaging in litigation activities.

6. The parties therefore seek a continuance of all litigation activities, including all activities associated with discovery and providing notice of conditional certification of a collective action (e.g., posting and servicing notice), for an additional thirty days, up through and including November 30, 2013. The parties further seek an automatic extension of the continuance, in the event

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION RE CONTINUANCE OF LITIGATION ACTIVITIES

2.

Case No. 3:12-cv-05524-JST

that the parties finalize a proposed settlement and file a motion for Court approval of same prior to November 30, 2013, until such time as the Court rules on that motion.

7. The continuance sought will help facilitate settlement.

8. If settlement is not achieved, the continuance sought will not materially delay or alter the progress of this litigation.

WHEREFORE, the parties mutually request that the Court enter the proposed Order below, thereby continuing the deadlines for all litigation activities, including responding to pending discovery requests and serving/posting notice of conditional certification of collective action, up to and including November 30, 2013 or, if a motion for Court approval of settlement is filed prior to that time, until such time as the Court rules on said motion.

Dated: October 22, 2013

Respectfully submitted,

LITTLER MENDELSON, P.C.

By: */s/ R. Bradley Adams*
    R. BRADLEY ADAMS (*pro hac vice*)
    ARTHUR M. EIDELHOCH
    GALEN M. LICHTENSTEIN
    JACQUELINE E. KALK (*pro hac vice*)
    KELLY D. REESE (*pro hac vice*)
    Attorneys for Defendants
    CROWDFLOWER, INC., LUKAS
    BIEWALD AND CHRIS VAN PELT

Dated: October 22, 2013

WEINHAUS & POTASHNICK

By: */s/ Mark Potashnick*
    MARK POTASHNICK
    Attorneys for Plaintiffs
    CHRISTOPHER OTEY, MARY GRETH
    and the conditionally certified FLSA
    collection action class

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION RE CONTINUANCE OF LITIGATION ACTIVITIES     3.     Case No. 3:12-cv-05524-JST

**PROPOSED ORDER**

Good cause appearing therefore, the foregoing Stipulation Re: Continuance of Litigation Activates Pending Anticipated Settlement and Motion for Court Approval of Same ("Stipulation") is hereby approved and it is hereby ORDERED that:

All litigation activities, including responses to pending discovery requests and service/posting of notice of conditional certification of collective action, are continued up to and including November 30, 2013. It is further order that in the event that the parties reach a final settlement and file a motion for Court approval of same on or before November 30, 2013, this continuance shall be automatically extended until such time as the Court rules on the motion.

PURSUANT TO STIPUATION, IT IS SO ORDERED.

Dated: _____

_____
HONORABLE  JON. S. TIGAR
UNITED STATES DISTRICT COURT JUDGE

Firmwide:123758057.1 073860.1001

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION RE CONTINUANCE OF LITIGATION ACTIVITIES

Case No. 3:12-cv-05524-JST