| | |
|---|---|
| 1  ARTHUR M. EIDELHOCH, Bar No. 168096<br>   aeidelhoch@littler.com<br>2  GALEN M. LICHTENSTEIN, Bar No. 251274<br>3  glichtenstein@littler.com<br>   LITTLER MENDELSON, P.C.<br>4  650 California Street<br>   20th Floor<br>5  San Francisco, California  94108.2693<br>   Telephone:    415.433.1940<br>6  Facsimile:    415.399.8490<br><br>7  JACQUELINE E. KALK (*Pro Hac Vice*)<br>   jkalk@littler.com<br>8  LITTLER MENDELSON, P.C.<br>   80 South 8th Street, Suite 1300<br>9  Minneapolis, MN  55402-2136<br>   Telephone:    612.313.7645<br>10 Facsimile:    612.677.3139<br><br>11 Attorneys for Defendants<br>   CROWDFLOWER, INC., LUKAS<br>12 BIEWALD AND CHRIS VAN PELT | William T. Payne (SBN 90988)<br>Ellen M. Doyle (*Pro Hac Vice*)<br>Edward J. Feinstein (*Pro Hac Vice*)<br>STEMBER FEINSTEIN DOYLE<br>PAYNE & KRAVEC, LLC<br>429 Forbes Avenue, 17th Floor<br>Pittsburgh, PA 15219<br>412-281-8400 (T), 412-281-1007 (F)<br>wpayne@stemberfeinstein.com<br>edoyle@stemberfeinstein.com<br>efeinstein@stemberfeinstein.com<br><br>Mark A. Potashnick (*Pro Hac Vice*)<br>WEINHAUS & POTASHNICK<br>11500 Olive Blvd., Suite 133<br>St. Louis, MO 63141<br>314-997-9150 (T), 314-997-9170 (F)<br>markp@wp-attorney.com<br><br>Ira Spiro (SBN 67641)<br>Jennifer Connor (SBN 241480)<br>Spiro Law Corp.<br>11377 W. Olympic Blvd., 5th Floor<br>Los Angeles, CA 89064<br>310-235-2468 (T), 310-235-2456 (F)<br>ira@spiromoore.com<br>Jennifer@spiromoore.com<br><br>Attorneys for Plaintiffs<br>CHRISTOPHER OTEY and MARY GRETH |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER OTEY, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>CROWDFLOWER, INC., LUKAS BIEWALD and CHRIS VAN PELT,<br><br>          Defendants. | Case No.  3:12-cv-05524-JST<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DECEMBER 11, 2013 CASE MANAGEMENT CONFERENCE** |

1  Counsel for Plaintiffs Christopher Otey and Mary Greth ("Plaintiffs") and Defendants
2  CrowdFlower, Inc., Lukas Biewald, and Chris Van Pelt ("Defendants"), on behalf of the parties, do
3  hereby agree and stipulate as follows:

4  1. The parties have reached a settlement which has been reduced to writing and they are
5  in the process of preparing a joint motion for preliminary judicial approval.

6  2. The parties anticipate filing a joint motion for preliminary approval of the settlement
7  within approximately the next 30 days, but the parties will file that motion sooner if possible.

8  3. In light of the status of the case, the parties jointly request that the Court continue the
9  Case Management Conference now scheduled for December 11, 2013 to a date and time convenient
10 to the Court on or after January 29, 2014.

**IT IS SO STIPULATED**

Dated: November 27, 2013                    LITTLER MENDELSON, P.C.

                                            /s/ Jacqueline E. Kalk
                                            JACQUELINE E. KALK
                                            ARTHUR M. EIDELHOCH
                                            GALEN M. LICHTENSTEIN
                                            LITTLER MENDELSON, P.C.
                                            Attorneys for Defendants
                                            CROWDFLOWER, INC., LUKAS BIEWALD
                                            AND CHRIS VAN PELT


Dated: November 27, 2013                    STEMBER FEINSTEIN DOYLE PAYNE &
                                            KRAVEC, LLC

                                            /s/ Mark A. Potashnick
                                            MARK A. POTASHNICK
                                            WEINHAUS & POTASHNICK
                                            Attorneys for Plaintiffs
                                            CHRISTOPHER OTEY AND MARY GRETH

///
///
///
///

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. AND [PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE                    2                    No. 3:12-cv-05524-JST

**ORDER**

Pursuant to the parties' Stipulation, the Court finds GOOD CAUSE to continue the December 11, 2013 Case Management Conference to February 26, 2014 at 2:00 p.m. The parties shall file a Joint Case Management Conference Statement on or before February 12, 2014.

**IT IS SO ORDERED.**

Dated: December 2, 2013

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE      3      No. 3:12-cv-05524-JST