TRACY THOMPSON, Bar No. 88173
M. MICHAEL COLE, Bar No. 235538
MILLER LAW GROUP
111 Sutter Street, Suite 700
San Francisco, CA 94104
Telephone:   415.464.4300
Facsimile:   415.464.4336
Email:       tt@millerlawgroup.com

Attorneys for Defendants
CROWDFLOWER, INC., LUKAS BIEWALD
AND CHRIS VAN PELT

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER OTEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CROWDFLOWER, INC., LUKAS BIEWALD AND CHRIS VAN PELT,<br><br>Defendants. | Case No. 3:12-cv-05524-JST (MEJ)<br><br>NOTICE OF CONSENT TO SUBSTITUTION OF COUNSEL FOR DEFENDANTS; [PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Please take notice that, subject to approval by the Court, Defendants CrowdFlower, Inc., Lukas Biewald and Chris Van Pelt hereby substitute Tracy Thompson, State Bar No. 88173 and M. Michael Cole, State Bar No. 235538, as counsel of record in place of Arthur M. Eidelhoch, State Bar No. 168096; Galen M. Lichtenstein, State Bar No. 251274; Jacqueline E. Kalk, admitted *pro hac vice*, Kelly D. Reese, admitted *pro hac vice*; and R. Bradley Adams, admitted *pro hac vice*, in the above-entitled action.

Contact information for counsel is as follows:

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Case No. 3:12-cv-05524-JST (MEJ)

**WITHDRAWING COUNSEL**

ARTHUR M. EIDELHOCH, Bar No. 168096
Email: aeidelhoch@littler.com
GALEN M. LICHTENSTEIN, Bar No. 251274
Email: glichtenstein@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

JACQUELINE E. KALK (*Pro Hac Vice*)
Email: jkalk@littler.com
LITTLER MENDELSON, P.C.
80 South 8th Street, Suite 1300
Minneapolis, MN 55402-2136
Telephone: 612.313.7645
Facsimile: 612.677.3139

KELLY D. REESE (*Pro Hac Vice*)
Email: kreese@littler.com
R. BRADLEY ADAMS
Email: radams@littler.com
LITTLER MENDELSON, P.C.
63 South Royal Street, Suite 901
Mobile, AL 36602-3218
Telephone: 251.432.4540 (Reese)
Telephone: 251.706.6758 (Adams)

**SUBSTITUTING COUNSEL**

TRACY THOMPSON, Bar No. 88173
Email: tt@millerlawgroup.com
M. MICHAEL COLE, Bar No. 235538
Email: mmc@millerlawgroup.com
MILLER LAW GROUP
111 Sutter Street, Suite 700
San Francisco, CA 94104
Telephone: 415.464.4300
Facsimile: 415.464.4336

///
///
///
///
///

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

2.  Case No. 3:12-cv-05524-CRB (MEJ)

**CONSENT TO SUBSTITUTION**

The undersigned hereby consent to the substitution of counsel.

Dated: January 23, 2014

_____
RICH ARNOLD
Chief Financial Officer and Vice President of CrowdFlower, Inc.

Dated: January 23, 2014

_____
LUKAS BIEWALD
Defendant

Dated: January 23, 2014

_____
CHRIS VAN PELT
Defendant

Dated: January 24, 2014

_____
JACQUELINE KALK
LITTLER MENDELSON, P.C.
Withdrawing Attorneys for Defendants
CROWDFLOWER, INC., LUKAS BIEWALD
AND CHRIS VAN PELT

Dated: January 23, 2014

_____
TRACY THOMPSON
MILLER LAW GROUP
Substituting Attorneys for Defendants
CROWDFLOWER, INC., LUKAS BIEWALD
AND CHRIS VAN PELT

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

3.

Case No. 3:12-cv-05524-CRB (MEJ)

## [PROPOSED] ORDER

Pursuant to the Consent to Substitution of Counsel by CrowdFlower, Inc., Lukas Biewald and Chris Van Pelt, Tracy Thompson and M. Michael Cole of the law firm of Miller Law Group, 111 Sutter Street, Suite 700, San Francisco, CA 94104, (telephone) 415.464.4300, (facsimile) 415.464.4336, (email) tt@millerlawgroup.com, mmc@millerlawgroup.com are hereby substituted in place of Arthur M. Eidelhoch and Galen M. Lichenstein, Littler Mendelson, P.C., 650 California Street, 20th Floor, San Francisco, CA 94108-2693, (telephone) 415.433.1940, (facsimile) 415.399.8490, (email) aeidelhoch@littler.com, glichenstein@littler.com; Jacqueline E. Kalk, Littler Mendelson, P.C., 80 South 8th Street, Suite 1300, Minneapolis, MN 55402-2136, (telephone) 612.630.1000, (facsimile) 612.630.9626, (email jkalk@littler.com); Kelly D. Reese and R. Bradley Adams, Littler Mendelson, P.C., 63 South Royal Street, Suite 901, Mobile, AL 36602-3218, (Reese telephone) 251.432.4540, (Adams telephone) 251.706.6758, (email) kreese@littler.com, radams@littler.com, as Counsel of Record for CrowdFlower, Inc., Lukas Biewald and Chris Van Pelt in the action entitled *Christopher Otey, on behalf of himself and all others similarly situated, Plaintiff, v. CrowdFlower, Inc., Lukas Biewald and Chris Van Pelt, Defendants*, Northern District of California Case No. 3:12-cv-05524-JST (MEJ).

Dated: January ___, 2014

_____
HONORABLE JON S. TIGAR

Firmwide:125106188.1 073860.1001

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

4.     Case No. 3:12-cv-05524-CRB (MEJ)