United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER OTEY, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>CROWDFLOWER, INC., et al.,<br><br>    Defendants. | Case No.   12-cv-05524-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 187 |

A hearing on Plaintiffs' motion for approval of a settlement is scheduled for a hearing on March 6, 2014. As the motion is suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b). The motion is under submission.

**IT IS SO ORDERED.**

Dated: February 21, 2014

_____
JON S. TIGAR
United States District Judge