William T. Payne (SBN 90988)
Ellen M. Doyle (Pro Hac Vice)
Edward J. Feinstein (Pro Hac Vice)
FEINSTEIN DOYLE PAYNE
& KRAVEC, LLC
429 Forbes Avenue, 17th Floor
Pittsburgh, PA 15219
412-281-8400 (T), 412-281-1007 (F)
wpayne@stemberfeinstein.com
edoyle@stemberfeinstein.com
efeinstein@stemberfeinstein.com

Mark A. Potashnick (Pro Hac Vice)
WEINHAUS & POTASHNICK
11500 Olive Blvd., Suite 133
St. Louis, MO 63141
314-997-9150 (T), 314-997-9170 (F)
markp@wp-attorney.com

Ira Spiro (SBN 67641)
Jennifer Connor (SBN 241480)
SPIRO LAW CORP.
11377 W. Olympic Blvd., 5th Floor
Los Angeles, CA 89064
310-235-2350 (T), 310-235-2351 (F)
ira@spirolawcorp.com
jennifer@spirolawcorp.com

Attorneys for Plaintiffs
CHRISTOPHER OTEY, MARY GRETH &
THE CONDITIONALLY CERTIFIED FLSA
COLLECTIVE ACTION CLASS

Tracy Thompson (SBN 88173)
　tt@millerlawgroup.com
M. Michael Cole (SBN 235538)
　mmc@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants
CROWDFLOWER, INC., LUKAS BIEWALD,
and CHRIS VAN PELT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER OTEY & MARY GRETH, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CROWDFLOWER, INC., LUKAS BIEWALD AND CHRIS VAN PELT,<br><br>　　　　Defendant(s). | Case No.: 3:12-cv-05524-JST/MEJ<br><br>**JOINT STIPULATION FOR BRIEF TWO-WEEK EXTENSION OF TIME TO FILE NEW MOTION FOR SETTLEMENT APPROVAL AND**<br><br>**[~~PROPOSED~~ ORDER]**<br><br>Complaint filed: October 26, 2012 |

1

Plaintiffs CHRISTOPHER OTEY and MARY GRETH ("Plaintiffs") and Defendants CROWDFLOWER, INC., LUKAS BIEWALD, and CHRIS VAN PELT ("Defendants"), by and through their respective counsel, hereby enter into the following Joint Stipulation for Brief Two-Week Extension of Time to File New Motion for Settlement Approval. Specifically, by and through this Stipulation, the parties request that the Court continue the parties' deadline for filing a renewed motion for preliminary settlement approval up to and including July 28, 2014.

## STIPULATION

1. On April 15, 2014, this Court denied Plaintiff's Motion for Approval of Proposed Settlement without prejudice. Doc. 195.

2. In that Order, the Court permitted the Plaintiffs to file a new motion for settlement approval by July 14. *Id.*

3. The parties have corresponded / negotiated regarding terms of a new settlement agreement and submission of a new motion for settlement approval, but they need an **additional two weeks** to attempt to agree on certain new terms of settlement and for Plaintiffs' counsel to prepare a new motion for settlement approval.

4. Such continuance will help facilitate a successful resolution.

WHEREFORE, the parties mutually request that the Court enter the proposed Order below, thereby continuing the deadlines for filing a new motion for settlement approval.

Respectfully submitted,

Dated: July 11, 2014                WEINHAUS & POTASHNICK

By:   /s/ Mark Postaschnick
Mark Potashnick
Attorneys for Plaintiffs
CHRISTOPHER OTEY, MARY GRETH
and the conditionally FLSA collective
action class

Dated: July 11, 2014

MILLER LAW GROUP
A Professional Corporation

By: /s/ Tracy Thompson
Tracy Thompson
Attorneys for Defendants
CROWDFLOWER, INC., LUKAS BIEWALD, and CHRIS VAN PELT

### [~~PROPOSED~~] ORDER

Good cause appearing therefore, the foregoing Joint Stipulation for Brief Two-Week Extension of Time to File New Motion for Settlement Approval ("Stipulation") is hereby approved and it is hereby ordered that:

Plaintiffs may file a new motion for settlement approval by July 28, 2014.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 15, 2014



_____
HONORABLE
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Jon S. Tigar

4844-5464-3228, v. 1