William T. Payne (SBN 90988)
Ellen M. Doyle (Pro Hac Vice)
Edward J. Feinstein (Pro Hac Vice)
FEINSTEIN DOYLE PAYNE
& KRAVEC, LLC
429 Forbes Avenue, 17th Floor
Pittsburgh, PA 15219
412-281-8400 (T), 412-281-1007 (F)
wpayne@stemberfeinstein.com
edoyle@stemberfeinstein.com
efeinstein@stemberfeinstein.com

Mark A. Potashnick (Pro Hac Vice)
WEINHAUS & POTASHNICK
11500 Olive Blvd., Suite 133
St. Louis, MO 63141
314-997-9150 (T), 314-997-9170 (F)
markp@wp-attorney.com

Ira Spiro (SBN 67641)
Jennifer Connor (SBN 241480)
SPIRO LAW CORP.
11377 W. Olympic Blvd., 5th Floor
Los Angeles, CA 89064
310-235-2350 (T), 310-235-2351 (F)
ira@spirolawcorp.com
jennifer@spirolawcorp.com

Attorneys for Plaintiffs
CHRISTOPHER OTEY, MARY GRETH &
THE CONDITIONALLY CERTIFIED FLSA
COLLECTIVE ACTION CLASS

Tracy Thompson (SBN 88173)
 tt@millerlawgroup.com
M. Michael Cole (SBN 235538)
 mmc@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants
CROWDFLOWER, INC., LUKAS BIEWALD,
and CHRIS VAN PELT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER OTEY & MARY GRETH, on behalf of themselves and all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>CROWDFLOWER, INC., LUKAS BIEWALD AND CHRIS VAN PELT,<br><br>       Defendant(s). | Case No.: 3:12-cv-05524-JST/MEJ<br><br>**JOINT STIPULATION FOR A FURTHER BRIEF TWO-WEEK EXTENSION OF TIME TO FILE NEW MOTION FOR SETTLEMENT APPROVAL AND**<br><br>**[PROPOSED ORDER]**<br><br>Complaint filed: October 26, 2012 |

Plaintiffs CHRISTOPHER OTEY and MARY GRETH ("Plaintiffs") and Defendants CROWDFLOWER, INC., LUKAS BIEWALD, and CHRIS VAN PELT ("Defendants"), by and through their respective counsel, hereby enter into the following Joint Stipulation for a Further Brief Two-Week Extension of Time to File New Motion for Settlement Approval. Specifically, by and through this Stipulation, the parties request that the Court continue the parties' deadline for filing a renewed motion for preliminary settlement approval up to and including August 11, 2014.

## STIPULATION

1. On April 15, 2014, this Court denied Plaintiff's Motion for Approval of Proposed Settlement without prejudice. Doc. 195.

2. In that Order, the Court permitted the Plaintiffs to file a new motion for settlement approval by July 14. *Id.*

3. On July 11, 2014, the Parties submitted a Joint Stipulation for Brief Two-Week Extension of Time to File New Motion for Settlement Approval and [Proposed] Order, which the Court granted on July 15, 2014. Doc. 198.

3. Since that time, the parties have continued to correspond and negotiate regarding terms of a new settlement agreement and submission of a new motion for settlement approval, but the Parties believe they need an ***additional two weeks*** to attempt to reach agreement and for Plaintiffs' counsel to prepare a new motion for settlement approval.

4. Such continuance will help facilitate a successful resolution.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

WHEREFORE, the parties jointly request that the Court enter the proposed Order below, thereby further continuing the deadlines for filing a new motion for settlement approval.

                                      Respectfully submitted,

Dated:  July 24, 2014                    WEINHAUS & POTASHNICK

By:   /s/ Mark A. Potashnick
     Mark Potashnick
     Attorneys for Plaintiffs
     CHRISTOPHER OTEY, MARY GRETH
     and the conditionally FLSA collective
     action class

Dated:  July 24, 2014                    MILLER LAW GROUP
                                           A Professional Corporation

By:   /s/ Tracy Thompson
     Tracy Thompson
     Attorneys for Defendants
     CROWDFLOWER, INC., LUKAS
     BIEWALD, and CHRIS VAN PELT

3

**JOINT STIP. FOR A FURTHER BRIEF TWO-WEEK EXTENSION OF TIME TO FILE NEW MOT. FOR SETTLEMENT APPROVAL; [PROPOSED ORDER]**
**Case No.: 3:12-cv-05524-JST/MEJ**

**[PROPOSED] ORDER**

Good cause appearing therefore, the foregoing Joint Stipulation for a Further Brief Two-Week Extension of Time to File New Motion for Settlement Approval ("Stipulation") is hereby approved and it is hereby ordered that:

Plaintiffs may file a new motion for settlement approval by August 11, 2014.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: July 25, 2014



_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

4

**JOINT STIP. FOR A FURTHER BRIEF TWO-WEEK EXTENSION OF TIME TO FILE NEW MOT. FOR SETTLEMENT APPROVAL; [PROPOSED] ORDER]**
**Case No.: 3:12-cv-05524-JST/MEJ**