UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER OTEY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CROWDFLOWER, INC., et al.,<br><br>    Defendants. | Case No.  12-cv-05524-JST<br><br>**ORDER VACATING MOTION HEARING**<br><br>Re: ECF No. 207 |

    Before the Court is Plaintiffs' Motion for Approval of Parties' Modified FLSA Collective Action Settlement, Final Collective Action Certification for Settlement Purposes Only, and Authorization for the Parties to Effectuate Their Settlement.  ECF No. 207.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that the matter is suitable for disposition without oral argument.  The hearing on this matter, currently scheduled for October 30, 2014, is hereby VACATED.

    However, if any party advises the Court in writing by no later than two days from the date of this Order that most or all of the argument for its side will be conducted by a lawyer who has been licensed to practice law for four or fewer years, and who has not previously presented argument before this Court, then the Court will reschedule the hearing at a time that is convenient to all parties in order to provide that opportunity.  Counsel shall confer with each other, and the party requesting the rescheduling of the hearing shall identify the upcoming available dates on the Court's calendar at which all counsel are available for the hearing.

    **IT IS SO ORDERED**.

Dated: October 21, 2014

                                            JON S. TIGAR
                                       United States District Judge