William T. Payne (SBN 90988)
Ellen M. Doyle (Pro Hac Vice)
Edward J. Feinstein (Pro Hac Vice)
FEINSTEIN DOYLE PAYNE
& KRAVEC, LLC
429 Forbes Avenue, 17th Floor
Pittsburgh, PA 15219
412-281-8400 (T), 412-281-1007 (F)
wpayne@stemberfeinstein.com
edoyle@stemberfeinstein.com
efeinstein@stemberfeinstein.com

Mark A. Potashnick (Pro Hac Vice)
WEINHAUS & POTASHNICK
11500 Olive Blvd., Suite 133
St. Louis, MO 63141
314-997-9150 (T), 314-997-9170 (F)
markp@wp-attorney.com

Ira Spiro (SBN 67641)
Jennifer Connor (SBN 241480)
SPIRO LAW CORP.
11377 W. Olympic Blvd., 5th Floor
Los Angeles, CA 89064
310-235-2350 (T), 310-235-2351 (F)
ira@spirolawcorp.com
jennifer@spirolawcorp.com

Attorneys for Plaintiffs
CHRISTOPHER OTEY, MARY GRETH &
THE CONDITIONALLY CERTIFIED FLSA
COLLECTIVE ACTION CLASS

Tracy Thompson (SBN 88173)
  tt@millerlawgroup.com
M. Michael Cole (SBN 235538)
  mmc@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants
CROWDFLOWER, INC., LUKAS BIEWALD,
and CHRIS VAN PELT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER OTEY & MARY GRETH, on behalf of themselves and all others similarly situated,<br><br>             Plaintiff,<br><br>v.<br><br>CROWDFLOWER, INC., LUKAS BIEWALD AND CHRIS VAN PELT,<br><br>             Defendant(s). | Case No.: 3:12-cv-05524-JST/MEJ<br><br>**JOINT STIPULATION FOR A 30-DAY EXTENSION OF TIME TO FILE NEW MOTION FOR SETTLEMENT APPROVAL AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED ORDER]**<br><br>Complaint filed: October 26, 2012 |

1  Plaintiffs CHRISTOPHER OTEY and MARY GRETH ("Plaintiffs") and Defendants CROWDFLOWER, INC., LUKAS BIEWALD, and CHRIS VAN PELT ("Defendants"), by and through their respective counsel, hereby enter into the following Joint Stipulation for a 30-Day Extension of Time to File New Motion for Settlement Approval. Specifically, by and through this Stipulation, the parties request that the Court continue the parties' deadline for filing a renewed motion for settlement approval, up to and including March 18, 2015.

## STIPULATION

1. On December 16, 2014, this Court denied Plaintiffs' Motion for Approval of Proposed Settlement without prejudice. (Doc. 210.)

2. In that Order, the Court permitted the Plaintiffs to file a new motion for settlement approval by February 16, 2015. *Id.*

3. The Court further stated in its Order that if Plaintiffs file a new motion for settlement approval by February 16, 2015, they may also request that the Court vacate the Case Management Conference, set for March 11, 2015, at 2:00 p.m.

4. The parties have been in regular discussion with regard to negotiating the terms of a new settlement agreement, and have been working diligently together in an effort to address the concerns expressed by the Court in the December 16, 2014, Order. The parties are committed to making a further attempt to reach agreement that will address all of the Court's concerns and, thereafter, to seeking the Court's approval of the revised agreement. Progress has been made on a number of issues; for example, the parties are in agreement to remove the provision for reversion, and are exploring options for the handling of any unclaimed funds. However, discussions are still in process, and no final agreement has yet been reached. For these reasons, the parties believe they would benefit from a 30-day extension in which to complete their negotiations and to prepare their papers in support of approval. Accordingly, the parties respectfully request that the deadline for submission be extended to March 18, 2015; that the March 11, 2015, and date currently set for the

Case Management Conference be vacated; and that a Case Management Conference be set for a date in April.

Respectfully submitted,

| Dated: February 12, 2015 | Dated: February 12, 2015 |
|---|---|
| WEINHAUS & POTASHNICK | MILLER LAW GROUP<br>A Professional Corporation |
| By: /s/ Mark A. Potashnick<br>Mark Potashnick<br>Attorneys for Plaintiffs<br>CHRISTOPHER OTEY, MARY GRETH<br>and the conditionally FLSA collective<br>action class | By: /s/ Tracy Thompson<br>Tracy Thompson<br>Attorneys for Defendants<br>CROWDFLOWER, INC., LUKAS<br>BIEWALD, and CHRIS VAN PELT |

### [PROPOSED] ORDER

Good cause appearing, the foregoing Joint Stipulation for a 30-Day Extension of Time to File New Motion for Settlement Approval is hereby approved, and it is hereby ordered that:

1. Plaintiffs may file a new motion for settlement approval by March 18, 2015;

2. The Case Management Conference currently set for March 11, 2015 is vacated;

3. In the event Plaintiffs do not file a motion by March 18, 2015, a Case Management Conference is set for April 8, 2015 at 2:00p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: February 13, 2015

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

*Judge Jon S. Tigar* (signature, seal: United States District Court, Northern District of California)