| | |
|---|---|
| William T. Payne (SBN 90988)<br>Ellen M. Doyle (Pro Hac Vice)<br>Edward J. Feinstein (Pro Hac Vice)<br>FEINSTEIN DOYLE PAYNE<br>& KRAVEC, LLC<br>429 Forbes Avenue, 17th Floor<br>Pittsburgh, PA 15219<br>412-281-8400 (T), 412-281-1007 (F)<br>wpayne@fdpklaw.com<br>edoyle@fdpklaw.com<br>efeinstein@fdpklaw.com | Tracy Thompson (SBN 88173)<br> tt@millerlawgroup.com<br>M. Michael Cole (SBN 235538)<br> mmc@millerlawgroup.com<br>MILLER LAW GROUP<br>A Professional Corporation<br>111 Sutter Street, Suite 700<br>San Francisco, CA 94104<br>Tel. (415) 464-4300<br>Fax (415) 464-4336<br><br>Attorneys for Defendants<br>CROWDFLOWER, INC., LUKAS BIEWALD,<br>and CHRIS VAN PELT |

Mark A. Potashnick (Pro Hac Vice)
WEINHAUS & POTASHNICK
11500 Olive Blvd., Suite 133
St. Louis, MO 63141
314-997-9150 (T), 314-997-9170 (F)
markp@wp-attorney.com

Ira Spiro (SBN 67641)
SPIRO LAW CORP.
10573 West Pico Blvd., #865
Los Angeles, CA 90064
310-235-2350 (T)
ira@spirolawcorp.com

Attorneys for Plaintiffs
CHRISTOPHER OTEY, MARY GRETH &
THE CONDITIONALLY CERTIFIED FLSA
COLLECTIVE ACTION CLASS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER OTEY & MARY GRETH, on behalf of themselves and all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>CROWDFLOWER, INC., LUKAS BIEWALD AND CHRIS VAN PELT,<br><br>     Defendant(s). | Case No.: 3:12-cv-05524-JST/MEJ<br><br>**JOINT STIPULATION FOR A 15-DAY EXTENSION OF TIME TO FILE NEW MOTION FOR SETTLEMENT APPROVAL AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED ORDER]**<br><br>Complaint filed:  October 26, 2012 |

Plaintiffs CHRISTOPHER OTEY and MARY GRETH ("Plaintiffs") and Defendants CROWDFLOWER, INC., LUKAS BIEWALD, and CHRIS VAN PELT ("Defendants"), by and through their respective counsel, hereby enter into the following Joint Stipulation for a 15-Day Extension of Time to File New Motion for Settlement Approval. Specifically, by and through this Stipulation, the parties request that the Court continue the parties' deadline for filing a renewed motion for settlement approval, up to and including March 18, 2015.

## **STIPULATION**

1. On December 16, 2014, this Court denied Plaintiffs' Motion for Approval of Proposed Settlement without prejudice. (Doc. 210.)

2. By Order dated February 13, 2015, the Court permitted the Plaintiffs to file a new motion for settlement approval by March 18, 2015.

3. The Court further vacated the Case Management Conference set for March 11, 2015, and set a Case Management Conference for April 8, 2015 in the event that Plaintiffs do not file their Motion for Settlement Approval by March 18.

4. The parties have been in regular discussion with regard to negotiating the terms of a new settlement agreement, and have been working diligently together in an effort to address the concerns expressed by the Court in the December 16, 2014, Order. The parties believe that they are close to reaching a new agreement but feel they would benefit from a further brief extension to resolve the few remaining issues and prepare their briefs in support of the new proposed agreement.

///
///
///
///
///
///
///

1

**JOINT STIP. FOR A 15-DAY EXTENSION OF TIME TO FILE NEW MOT. FOR SETTLEMENT APPROVAL AND REQUEST TO VACATE CMC AND [PROPOSED] ORDER]**
**Case No.: 3:12-cv-05524-JST/MEJ**

Accordingly, the parties respectfully request that the deadline for submission be extended by 15 days to April 1, 2015; that the April 8, 2015, date currently set for the Case Management Conference be vacated; and that a Case Management Conference be set for a later date.

Respectfully submitted,

| | |
|---|---|
| Dated: March 12, 2015 | Dated: March 12, 2015 |
| WEINHAUS & POTASHNICK | MILLER LAW GROUP<br>A Professional Corporation |
| By: /s/ Mark A. Potashnick<br>Mark Potashnick<br>Attorneys for Plaintiffs<br>CHRISTOPHER OTEY, MARY GRETH<br>and the conditionally FLSA collective<br>action class | By: /s/ Tracy Thompson<br>Tracy Thompson<br>Attorneys for Defendants<br>CROWDFLOWER, INC., LUKAS<br>BIEWALD, and CHRIS VAN PELT |

### [PROPOSED] ORDER

Good cause appearing, the foregoing Joint Stipulation for a 15-Day Extension of Time to File New Motion for Settlement Approval is hereby approved in part, and it is hereby ordered that:

1. Plaintiffs may file a new motion for settlement approval by April 1, 2015;
2. ~~The Case Management Conference currently set for April 8, 2015 is vacated;~~
3. In the event Plaintiffs do not file a motion by April 1, 2015, a Case Management Conference is set for April 8, 2015 at 2:00 p.m. The parties' Case Management Statement will be due by April 2, 2015.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: March 12, 2015

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE