William T. Payne (SBN 90988)
Ellen M. Doyle (Pro Hac Vice)
Edward J. Feinstein (Pro Hac Vice)
FEINSTEIN DOYLE PAYNE
& KRAVEC, LLC
429 Forbes Avenue, 17th Floor
Pittsburgh, PA 15219
412-281-8400 (T), 412-281-1007 (F)
wpayne@fdpklaw.com
edoyle@fdpklaw.com
efeinstein@fdpklaw.com

Mark A. Potashnick (Pro Hac Vice)
WEINHAUS & POTASHNICK
11500 Olive Blvd., Suite 133
St. Louis, MO 63141
314-997-9150 (T), 314-997-9170 (F)
markp@wp-attorney.com

Ira Spiro (SBN 67641)
SPIRO LAW CORP.
10573 West Pico Blvd., #865
Los Angeles, CA 90064
310-235-2350 (T)
ira@spirolawcorp.com

Attorneys for Plaintiffs
CHRISTOPHER OTEY, MARY GRETH &
THE CONDITIONALLY CERTIFIED FLSA
COLLECTIVE ACTION CLASS

Tracy Thompson (SBN 88173)
 tt@millerlawgroup.com
M. Michael Cole (SBN 235538)
 mmc@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants
CROWDFLOWER, INC., LUKAS BIEWALD,
and CHRIS VAN PELT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER OTEY & MARY GRETH, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CROWDFLOWER, INC., LUKAS BIEWALD AND CHRIS VAN PELT,<br><br>Defendant(s). | Case No.: 3:12-cv-05524-JST/MEJ<br><br>**JOINT STIPULATION FOR A 7-DAY EXTENSION OF TIME TO FILE NEW MOTION FOR SETTLEMENT APPROVAL AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED ORDER]**<br><br>Complaint filed: October 26, 2012 |

Plaintiffs CHRISTOPHER OTEY and MARY GRETH ("Plaintiffs") and Defendants CROWDFLOWER, INC., LUKAS BIEWALD, and CHRIS VAN PELT ("Defendants"), by and through their respective counsel, hereby enter into the following Joint Stipulation for a 7-Day Extension of Time to File New Motion for Settlement Approval. Specifically, by and through this Stipulation, the parties request that the Court continue the parties' deadline for filing a renewed motion for settlement approval, up to and including April 8, 2015.

## **STIPULATION**

1. On December 16, 2014, this Court denied Plaintiffs' Motion for Approval of Proposed Settlement without prejudice. (Doc. 210.)

2. By Order dated February 13, 2015, the Court permitted the Plaintiffs to file a new motion for settlement approval by March 18, 2015.

3. The Court further vacated the Case Management Conference set for March 11, 2015, and set a Case Management Conference for April 8, 2015 in the event that Plaintiffs do not file their Motion for Settlement Approval by March 18.

4. By Order dated March 13, 2015, the Court permitted the Plaintiffs to file a new motion for settlement approval by April 1, 2015, with a Case Management Conference set for April 8, 2015, in the event the Plaintiffs did not file their Motion for Settlement Approval by April 1.

5. The parties have now reached agreement on the terms of a revised settlement agreement which address the concerns expressed by the Court in the December 16, 2014, Order, but request a further brief extension so as to collect signatures, conform the necessary exhibits to the revised settlement agreement, and finalize their briefs in support of the new proposed agreement.

///
///
///

1

**JOINT STIP. FOR A 7-DAY EXTENSION OF TIME TO FILE NEW MOT. FOR SETTLEMENT APPROVAL AND REQUEST TO VACATE CMC AND [PROPOSED ORDER]**
**Case No.: 3:12-cv-05524-JST/MEJ**

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
CALIFORNIA

Accordingly, the parties respectfully request that the deadline for submission be extended by 7 days to April 8, 2015; that the April 8, 2015, date currently set for the Case Management Conference be vacated; and that a Case Management Conference be set for a later date.

Respectfully submitted,

Dated:  April 1, 2015

WEINHAUS & POTASHNICK

By:   /s/ Mark A. Potashnick
      Mark Potashnick
      Attorneys for Plaintiffs
      CHRISTOPHER OTEY, MARY GRETH
      and the conditionally FLSA collective
      action class

Dated:  April 1, 2015

MILLER LAW GROUP
A Professional Corporation

By:   /s/ Tracy Thompson
      Tracy Thompson
      Attorneys for Defendants
      CROWDFLOWER, INC., LUKAS
      BIEWALD, and CHRIS VAN PELT

## [PROPOSED] ORDER

Good cause appearing, the foregoing Joint Stipulation for a 7-Day Extension of Time to File New Motion for Settlement Approval is hereby approved, and it is hereby ordered that:

1. Plaintiffs may file a new motion for settlement approval by April 8, 2015;
2. The Case Management Conference currently set for April 8, 2015 is vacated;
3. In the event Plaintiffs do not file a motion by April 8, 2015, a Case Management Conference is set for April 15, 2015 at 2:00 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: April 6, 2015

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE

4844-7860-9442, v. 1