Tracy Thompson (CA State Bar No. 88173)
M. Michael Cole (CA State Bar No. 235538)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: tracythompson@dwt.com
michaelcole@dwt.com

Attorneys for Defendants CROWDFLOWER, INC.,
LUKAS BIEWALD AND CHRIS VAN PELT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHRISTOPHER OTEY & MARY GRETH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CROWDFLOWER, INC., LUKAS BIEWALD, AND CHRIS VAN PELT,<br><br>Defendants. | Case No. 3:12-cv-05524-JST/MEJ<br><br>**NOTICE OF CONSENT TO SUBSTITUTION OF COUNSEL FOR DEFENDANTS; [PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, subject to approval by the Court, Defendants CrowdFlower, Inc., Lukas Biewald and Chris Van Pelt here by substitute Tracy Thompson and M. Michael Cole of the law firm Davis Wright Tremaine LLP as counsel of record in place of Miller Law Group in the above-captioned matter.

All filings, pleadings, orders, discovery, correspondence and notices should henceforth be served upon the following:

///

///

///

///

Tracy Thompson (CA State Bar No. 88173)
M. Michael Cole (CA State Bar No. 235538)
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Phone: (415) 276-6500
Fax:    (415) 276-6599
Email: tracythompson@dwt.com
michaelcole@dwt.com

The undersigned hereby consent to the above substitution of counsel.

DATED: June 19, 2015                         CROWDFLOWER, INC.

By:    /s/ *Robin Bordoli*
Robin Bordoli
Chief Operating Officer
CrowdFlower, Inc.

DATED: June 18, 2015

By:    /s/ *Lukas Biewald*
Lukas Biewald
Defendant

DATED: June 19, 2015

By:    /s/ *Chris Van Pelt*
Chris Van Pelt
Defendant

DATED: June 18, 2015

MILLER LAW GROUP

By:    /s/ *Walter Stella*
Walter Stella
Withdrawing Attorneys for Defendants
CrowdFlower, Inc., Lukas Biewald, and
Chris Van Pelt

DATED: June 19, 2015

DAVIS WRIGHT TREMAINE LLP

By:    /s/ *Tracy Thompson*
Tracy Thompson
M. Michael Cole
Substituting Attorneys for Defendants
CrowdFlower, Inc., Lukas Biewald, and
Chris Van Pelt

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

DATED: June 19, 2015

DAVIS WRIGHT TREMAINE LLP

By: /s/ *Tracy Thompson*
Tracy Thompson
M. Michael Cole

The above Substitution of Counsel is approved and IT IS SO ORDERED.

DATED: June 23, 2015

Hon.
United



---

3
**SUBSTITUTION OF COUNSEL**
Case No. 3:12-cv-05524-JST/MEJ
DWT 27117952v1 0085000-000875